IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:19-cv-00092-JRG-RSP |
| ACADEMY, LTD d/b/a ACADEMY | § § | LEAD CASE |
| SPORTS + OUTDOORS | § § § | |
| *Defendant*. | § § § | |
| ACE HARDWARE CORPORATION, | § § § § | Case No. 2:19-cv-00093-JRG-RSP |
| AMAZON.COM, INC, AMAZON.COM LLC, | § § | Case No. 2:19-cv-00094-JRG-RSP |
| BED BATH & BEYOND INC., | § § | Case No. 2:19-cv-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | § § | Case No. 2:19-cv-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | § § | Case No. 2:19-cv-00097-JRG-RSP |
| THE HOME DEPOT, INC., | § § | Case No. 2:19-cv-00098-JRG-RSP |
| MACY'S, INC., MACY'S.COM, LLC, | § § | Case No. 2:19-cv-00099-JRG-RSP |
| TARGET CORPORATION, and TARGET | § § | Case No. 2:19-cv-00100-JRG-RSP |
| BRANDS, INC., | § § § | CONSOLIDATED CASES |
| *Defendants*. | § § | |

**ORDER**

The above-captioned cases are hereby **ORDERED** to be **CONSOLIDATED** for all pretrial issues with the Lead Case, Case No. 2:19-cv-00092-JRG-RSP. All parties are instructed to file any future filings in the Lead Case. Individual cases remain active for trial.

- 2 -

The Clerk is instructed to add the consolidated defendants into the Lead Case and their corresponding Lead and Local Counsel only. Additional counsel may file a Notice of Appearance in the Lead Case if they wish to continue as counsel of record in the lead consolidated action. Counsel who has appeared *pro hac vice* in any member case may file a Notice of Appearance in the Lead Case without filing an additional application to appear *pro hac vice* in the Lead Case. Counsel who have not appeared in a member case at the point when it is consolidated into the Lead Case should file a Notice of Appearance only in the Lead Case, and such Notice should state the relevant member case.

**SIGNED this 12th day of February, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE