# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION,<br><br>**Plaintiff,**<br><br>v.<br><br>ACADEMY, LTD d/b/a ACADEMY SPORTS + OUTDOORS,<br><br>**Defendant**. | Case No. 2:19-cv-00092-JRG-RSP<br><br>LEAD CASE |
| ACE HARDWARE CORPORATION, | Case No. 2:19-cv-00093-JRG-RSP |
| AMAZON.COM, INC, AMAZON.COM LLC, | Case No. 2:19-cv-00094-JRG-RSP |
| BED BATH & BEYOND INC., | Case No. 2:19-cv-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | Case No. 2:19-cv-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | Case No. 2:19-cv-00097-JRG-RSP |
| THE HOME DEPOT, INC., | Case No. 2:19-cv-00098-JRG-RSP |
| MACY'S, INC., MACY'S.COM, LLC, | Case No. 2:19-cv-00099-JRG-RSP |
| TARGET CORPORATION, and TARGET BRANDS, INC., | Case No. 2:19-cv-00100-JRG-RSP |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, and TRANSFORM HOLDCO LLC,<br><br>**Defendants.** | Case No. 2:20-cv-00006-JRG-RSP<br>CONSOLIDATED CASES |

1

## **JOINT MOTION TO SUBSTITUTE PARTIES**

Plaintiff Team Worldwide Corporation and Defendant The Home Depot, Inc. submit this Joint Motion to Substitute Parties and a Proposed Order granting the Motion. Team Worldwide Corporation and The Home Depot, Inc., at the request of The Home Depot, Inc., jointly request that the Court dismiss The Home Depot, Inc. without prejudice as allowed under Rule 41(a)(2) of the Federal Rules of Civil Procedure and add Home Depot Product Authority, LLC and Home Depot U.S.A., Inc. as defendants in Case No. 2:19-cv-00098-JRG-RSP such that all claims made against The Home Depot, Inc. are now instead made against Home Depot Product Authority, LLC and against Home Depot U.S.A., Inc.

As such, Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC represent that:

1. Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC will not challenge venue in this case;

2. For purposes of discovery in this case, documents and information in the possession, custody or control of The Home Depot, Inc. or any of its subsidiaries are deemed also to be in the possession, custody and control of Home Depot U.S.A., Inc. and/or Home Depot Product Authority, LLC. Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC will not object to a request for deposition on the grounds that the prospective deponent is an employee of The Home Depot, Inc. or any of its subsidiaries;

3. Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC are the proper parties to defend against allegations made in this patent infringement lawsuit. Furthermore, Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC

or any of their assignees are able to satisfy any judgment against them in this case. Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC each warrant and represent that they will not take any action that will cause Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC to be unable to fully satisfy any judgment entered in this case.

Date: March 30, 2020

By: /s/ Corrine Saylor Davis w/permission
Charles Everingham IV__
S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: 903-845-5770
ccapshaw@capshawlaw.com
ederieux@capshawlaw.com

Corrine Saylor Davis
RuyakCherian LLP
1700 K St. NW, Suite 810
Washington, DC 20006
Korula T. Cherian
Robert Harkins
RuyakCherian LLP
1936 University Ave, Ste. 350
Berkeley, CA 94702

**Attorneys for Plaintiff**
**Team Worldwide Corporation**

/s/ Charles Everingham IV
Charles Everingham IV
State Bar No. 00787447
WARD, SMITH & HILL, PLLC
P.O. Box 1231
Longview, Texas 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: ce@wsfirm.com

**ATTORNEY FOR DEFENDANTS Ace Hardware Corporation, Dick's Sporting Goods, Inc., The Home Depot, Inc., Target Corporation, Target Brands, Inc., and Transform Holdco LLC**

Michael C. Smith
State Bar No. 18650410
Siebman Burg Phillips & Smith, LLP-Marshall
P O Box 1556
Marshall, TX 75671-1556
(903) 938-8900 (telephone)
(972) 767-4620 (facsimile)
Email: michaelsmith@siebman.com

**ATTORNEYS FOR DEFENDANTS Academy, LTD d/b/a Academy Sports + Outdoors, Ace Hardware Corporation, Amazon.com, Inc., Amazon.com LLC, Bed Bath & Beyond, Inc., Costco Wholesale Corporation, Dick's Sporting Goods, Inc., The Home Depot, Inc., Macy's, Inc., Macys.com, LLC, Target Corporation, and Target Brands, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 30th day of March, 2020.

/s/ Charles Everingham IV
Charles Everingham IV