**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION, *Plaintiff*, v. | § § § § § § | |
| ACADEMY, LTD D/B/A ACADEMY SPORTS + OUTDOORS, | § § § | Case No. 2:19-cv-00092-JRG-RSP LEAD CASE |
| ACE HARDWARE CORPORATION, | § § | Case No. 2:19-cv-00093-JRG-RSP |
| AMAZON.COM, INC and AMAZON.COM LLC, | § § § | Case No. 2:19-cv-00094-JRG-RSP |
| BED BATH & BEYOND INC., | § § | Case No. 2:19-cv-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | § § § | Case No. 2:19-cv-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | § § | Case No. 2:19-cv-00097-JRG-RSP |
| THE HOME DEPOT, INC., | § § | Case No. 2:19-cv-00098-JRG-RSP |
| MACY'S, INC. and MACY'S.COM, LLC, | § § § | Case No. 2:19-cv-00099-JRG-RSP |
| TARGET CORPORATION and TARGET BRANDS, INC., | § § § | Case No. 2:19-cv-00100-JRG-RSP |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, and TRANSFORM HOLDCO LLC, *Defendants*. | § § § § § § | Case No. 2:20-cv-00006-JRG-RSP CONSOLIDATED CASES |

## ORDER

Before the Court is Plaintiff Team Worldwide Corporation's ("TWW") and Defendant Transform Holdco LLC's ("Holdco") (collectively, "Parties") Joint Motion to Amend the Docket Control Order ("Motion"). **Dkt. No. 86**. The Parties' Joint Motion seeks to extend the deadline for the Parties to join additional parties regarding Transform Holdco LLC from April 16, 2020, to April 23, 2020. After due consideration, the Court **GRANTS** the Motion. It is thereby **ORDERED** that the deadline for the Parties to join additional parties regarding Transform Holdco LLC is extended to April 23, 2020.

**SIGNED this 29th day of April, 2020.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE