TEAM WORLDWIDE CORPORATION V. ACADEMY, LTD., et al.

Lead Case No. 2:19-cv-00092-JRG-RSP

CONSOLIDATED DEFENDANTS' MOTION FOR
PARTIAL SUMMARY JUDGMENT ON MARKING

# EXHIBIT 5

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

**Fill in this information to identify the case (Select only one Debtor per claim form):**

| | | | | |
|---|---|---|---|---|
| ☐ Sears Holdings Corporation (18-23538) | ☐ Kmart Corporation (18-23549) | ☐ Sears, Roebuck de Puerto Rico, Inc. (18-23561) | ☐ MyGofer LLC (18-23573) | ☐ Kmart.com LLC (18-23585) |
| ☒ Sears, Roebuck and Co. (18-23537) | ☐ MaxServ, Inc. (18-23550) | ☐ SYW Relay LLC (18-23562) | ☐ Sears Brands Business Unit Corporation (18-23574) | ☐ Sears Brands Management Corporation (18-23586) |
| ☐ Kmart Holding Corporation (18-23539) | ☐ Private Brands, Ltd. (18-23551) | ☐ Wally Labs LLC (18-23563) | ☐ Sears Holdings Publishing Company, LLC (18-23575) | ☐ SHC Licensed Business LLC (18-23616) |
| ☐ Kmart Operations LLC (18-23540) | ☐ Sears Development Co. (18-23552) | ☐ Big Beaver of Florida Development, LLC (18-23564) | ☐ Kmart of Michigan, Inc. (18-23576) | ☐ SHC Promotions LLC (18-23630) |
| ☐ Sears Operations LLC (18-23541) | ☐ Sears Holdings Management Corporation (18-23553) | ☐ California Builder Appliances, Inc. (18-23565) | ☐ SHC Desert Springs, LLC (18-23577) | ☐ SRe Holding Corporation (19-22301) |
| ☐ ServiceLive, Inc. (18-23542) | ☐ Sears Home & Business Franchises, Inc. (18-23554) | ☐ Florida Builder Appliances, Inc. (18-23566) | ☐ SOE, Inc. (18-23578) | |
| ☐ A&E Factory Service, LLC (18-23543) | ☐ Sears Home Improvement Products, Inc. (18-23555) | ☐ KBL Holding Inc. (18-23567) | ☐ StarWest, LLC (18-23579) | |
| ☐ A&E Home Delivery, LLC (18-23544) | ☐ Sears Insurance Services, L.L.C. (18-23556) | ☐ KLC, Inc. (18-23568) | ☐ STI Merchandising, Inc. (18-23580) | |
| ☐ A&E Lawn & Garden, LLC (18-23545) | ☐ Sears Procurement Services, Inc. (18-23557) | ☐ Sears Protection Company (Florida), L.L.C. (18-23569) | ☐ Troy Coolidge No. 13, LLC (18-23581) | |
| ☐ A&E Signature Service, LLC (18-23546) | ☐ Sears Protection Company (18-23558) | ☐ Kmart of Washington LLC (18-23570) | ☐ BlueLight.com, Inc. (18-23582) | |
| ☐ FBA Holdings Inc. (18-23547) | ☐ Sears Protection Company (PR) Inc. (18-23559) | ☐ Kmart Stores of Illinois LLC (18-23571) | ☐ Sears Brands, L.L.C. (18-23583) | |
| ☐ Innovel Solutions, Inc. (18-23548) | ☐ Sears Roebuck Acceptance Corp. (18-23560) | ☐ Kmart Stores of Texas LLC (18-23572) | ☐ Sears Buying Services, Inc. (18-23584) | |

**Exhibit 18**

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense, other than a claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9). Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

1. **Who is the current creditor?**

Team Worldwide Corporation
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ____________________

2. **Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? ____________________

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent?** (if different) |
|---|---|
| Diamond McCarthy LLP<br>Attn: A. Diamond<br>295 Madison Avenue, 27th Floor<br>New York, NY 10017 | |
| Contact phone 212-430-5400 | Contact phone ____________ |
| Contact email adiamond@diamondmccarthy.com | Contact email ____________ |

4. **Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)______ Filed on ____________ MM / DD / YYYY

5. **Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? ____________

**Claim Number: 16553**

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**

☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ____ ____ ____ ____

**7. How much is the claim?**

$ See Rider. **Does this amount include interest or other charges?**

☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

See Rider

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ____________________

**Basis for perfection:** ____________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $__________

**Amount of the claim that is secured:** $__________

**Amount of the claim that is unsecured:** $__________(The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________

**Annual Interest Rate** (when case was filed)_______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $__________

**11. Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: ____________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No

☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $__________ |
| ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $__________ |
| ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $__________ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $__________ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $__________ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. | $__________ |

* Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment.

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☑ No

☐ Yes. **Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim.** $__________

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature:** Kenneth Wang
Kenneth Wang (Apr 10, 2019)

**Email:** ken.wang@twwcorp.com

Signature

**Print the name of the person who is completing and signing this claim:**

**Name of the person who is completing and signing this claim:**

Name: Kenneth Wang
First name / Middle name / Last name

Title: General Manager

Company: Team Worldwide Corporation
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: 9F., No. 24, Songzhi Road
Number / Street

Xini Dist. Taipei City 110 Taiwan R.O.C.
City / State / ZIP Code

Contact phone: +86-1893-323-7699

Email: ken.wang@twwcorp.com

**Attach Supporting Documentation** **(limited to a single PDF attachment that is less than 5 megabytes in size and under 100 pages):**

☒ **I have supporting documentation. (attach below)**

☐ **I do not have supporting documentation.**

Attachment

**PLEASE REVIEW YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTS AND REDACT ACCORDINGLY PRIOR TO UPLOADING THEM. PROOFS OF CLAIM AND ATTACHMENTS ARE PUBLIC DOCUMENTS THAT WILL BE AVAILABLE FOR ANYONE TO VIEW ONLINE.**

**IMPORTANT NOTE REGARDING REDACTING YOUR PROOF OF CLAIM AND SUPPORTING DOCUMENTATION When you submit a proof of claim and any supporting documentation you must show only the last four digits of any social-security, individual's tax-identification, or financial-account number, only the initials of a minor's name, and only the year of any person's date of birth. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information.**

**A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. The responsibility for redacting personal data identifiers (as defined in Federal Rule of Bankruptcy Procedure 9037) rests solely with the party submitting the documentation and their counsel. Prime Clerk and the Clerk of the Court will not review any document for redaction or compliance with this Rule and you hereby release and agree to hold harmless Prime Clerk and the Clerk of the Court from the disclosure of any personal data identifiers included in your submission. In the event Prime Clerk or the Clerk of the Court discover that personal identifier data or information concerning a minor individual has been included in a pleading, Prime Clerk and the Clerk of the Court are authorized, in their sole discretion, to redact all such information from the text of the filing and make an entry indicating the correction.**

Modified Form 410

# Instructions for Proof of Claim

United States Bankruptcy Court 12/15

**These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.**

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both.**
18 U.S.C. §§ 152, 157 and 3571.

## How to fill out this form

- **Fill in all of the information about the claim as of the date the case was filed.**
- **Fill in the caption at the top of the form.**
- **If the claim has been acquired from someone else, then state the identity of the last party** who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.
- **Attach any supporting documents to this form.**
  Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of *redaction* on the next page.)

  Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).
- **Do not attach original documents because attachments may be destroyed after scanning.**
- **If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.**
- **A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth.** See Bankruptcy Rule 9037.
- **For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian.** For example, write *A.B., a minor child* (*John Doe, parent, 123 Main St., City, State*). See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form. You may view a list of filed claims in this case by visiting the Claims and Noticing Agent's website at http://restructuring.primeclerk.com/sears.

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of the Debtor's business. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to **privacy** on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

## Please send completed Proof(s) of Claim to:

Sears Holdings Corporation Claims Processing Center
c/o Prime Clerk LLC
850 3rd Avenue, Suite 412
Brooklyn, NY 11232

**Do not file these instructions with your form**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS HOLDING CORPORATION, | Case No. 18-23538 (RDD) |
| Debtor. | |

-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| SEARS, ROEBUCK AND CO., | Case No. 18-23537 (RDD) |
| Debtor. | |

-----------------------------------------------------------x

**RIDER TO PROOF OF CLAIM OF TEAM WORLDWIDE CORPORATION**

1. Basis for Claim

   a. This proof of claim (the "**Proof of Claim**") is asserted by Team Worldwide Corporation (the "**Claimant**") in the chapter 11 cases of Sears Holding Corporation ("**Sears Holding**") Case No. 18-23538 (RDD), and Sears, Roebuck and Co. ("**Sears, Roebuck**" and together with Sears Holding, the "**Debtors**"), Case No. 18-23537 (RDD).

   b. This Proof of Claim arises from amounts owed to Claimant as a result of damages incurred due to Debtors' selling and/or offering to sell infringing products and committing patent infringement under the patent laws of the United States, Title 35 of the United States Code.

2. Background.

   a. Claimant is a Taiwanese corporation which designs and manufactures inflatable products including, among others, inflatable mattresses generally known in the industry and to consumers as "air beds." Claimant's air bed products are sold under

multiple brands in the United States including Air Cloud$_{TM}$, ALPS Mountaineering®, Concierge Collection®, Cozelle®, EZ Bed$_{TM}$, Frontgate®, Grandin Road®, Improvements®, Insta Bed$_{TM}$, Ivation, Kelty®, Lazery Sleep$_{TM}$, Serta®, Simply Sleeper®, SoundAsleep, Swiss Gear®, and Wenzel® ("**Claimant Products**").

b. Claimant owns the following U.S. Patents: U.S. Pat. No. 7,246,394 (the "**'394 Patent**"), U.S. Pat. No. 7,346,950 (the "**'950 Patent**"), and U.S. Pat. No. 9,211,018 (the "**'018 Patent**", collectively the "**Asserted Patents**").

c. The United States Patent and Trademark Office ("**USPTO**") duly and lawfully issued to Claimant the '018 Patent, entitled "Inflatable Airbed Provided with Electric Pump Having Pump Body Recessed into the Inflatable Airbed," on December 15, 2015. A true and correct copy of the '018 Patent is attached as **Exhibit A**. Claimant is the assignee of all rights, title, and interest in and to the '018 Patent and possesses the exclusive right of recovery, including the exclusive right to recover for past infringement.

d. The USPTO duly and lawfully issued the '950 Patent, entitled "Inflatable Product Provided with Electric Air Pump," on March 25, 2008. A true and correct copy of the '950 Patent is attached as **Exhibit B**. Claimant is the assignee of all rights, title, and interest in and to the '950 Patent and possesses the exclusive right of recovery, including the exclusive right to recover for past infringement.

e. The USPTO duly and lawfully issued the '394 Patent, entitled "Inflatable Product with Built-In Housing and Switching Pipe," on July 24, 2007. A true and correct copy of the '394 Patent is attached as **Exhibit C**. Claimant is the assignee of all

rights, title, and interest in and to the ’394 Patent and possesses the exclusive right of recovery, including the exclusive right to recover for past infringement.

f. The Asserted Patents are currently subject to the following proceedings at the United States Patent Office: IPR2018-00859; IPR2018-00875; IPR2018-00874, IPR2018-00873, IPR2018-00872, IPR2018-00871, IPR2018-00870 (collectively “**IPRs**”).

g. Claimant commenced a lawsuit against Wal-Mart Stores, Inc., among others, Case No. 2-17-cv-00235 in the United States District Court for the Eastern District of Texas, Marshall Division, in which the District Court entered a claim construction order regarding the Asserted Patents, and Walmart, Intex, and Bestway admitted that many of the accused products infringed.

h. Claimant manufactures and sells air bed products that practice the Asserted Patents throughout the United States, including selling such products to the Debtors or on www.sears.com for resale to consumers. In compliance with 35 U.S.C. § 287, Claimant marks and requires the marking of its products covered by the Asserted Patents with the appropriate and corresponding patent numbers.

i. The Debtors import, have imported, sell, have sold, have offered for sale and/or offered for sale in the United States, airbed products that are not manufactured or licensed by Claimant that infringe the Asserted Patents (“**Infringing Products**”).

j. The Asserted Patents are infringed and have been infringed in the statutory damages period by air beds that feature an internally housed pump. Examples of products that infringe the Asserted Patents include, but are not limited to, Intex®

brand air mattresses (including those with pump model number AP619A), Aerobed®, and Bestway®, among others.

k. The Debtors imported, import, sell, offer for sale, have sold and/or have offered for sale Infringing Products within the United States.

l. The Debtors voluntarily and purposely placed the Infringing Products into the stream of commerce with the expectation that they would be offered for sale and sold in the United States.

m. On October 15, 2018, the Debtors filed voluntary chapter 11 petitions in this Court.

3. Amount of Claim.

a. As of the date of this Proof of Claim, Claimant is owed an unliquidated unsecured prepetition claim in the aggregate amount of not less than $21 million US dollars.

b. Claimant reserves its right to amend this Proof of Claim to assert additional claims it may hold, and to assert a different classification or amount of the Proof of Claim.

4. Classification of Claim.

The Proof of Claim is asserted as an unsecured claim. Claimant intends to file separately a request for administrative claims against the Debtors for their continued infringement of the Asserted Patents post-petition.

5. Credits and Setoffs.

No payments have been made with respect to amounts asserted in this Proof of Claim.

6. Supporting Documents.

The documents supporting this Proof of Claim are annexed and referenced above.

7. Reservation of Rights.

Claimant reserves the right to amend or supplement this Proof of Claim to reflect any additional claims against the Debtors and/or their debtor affiliates, to specify interest, costs, expenses, or other charges or claims incurred by Claimant and to file additional claims which may be based on the same or additional documents.

8. No Waiver.

This Proof of Claim is filed to protect Claimant from forfeiture of the Proof of Claim. The filing of this Proof of Claim is not: (a) a waiver or release of Claimant's rights against any person, entity, or property including but not limited to the Debtors, any of their debtor or non-debtor affiliates, successor or assigns including but not limited to Transform Holdco LLC; (b) a consent by Claimant to the jurisdiction of the United States Bankruptcy Court for the Southern District of New York with respect to the subject matter of the Proof of Claim or any objection or other proceeding commenced in these cases against or otherwise involving Claimant; (c) a waiver of the right to move to withdraw the reference or otherwise to challenge the jurisdiction of the United States Bankruptcy Court for the Southern District of New York; (d) an election of remedy; (e) a waiver of any rights or claims Claimant has against the Debtors or any person or entity with respect to any pending or future litigation or to any matters related to such litigation; or (f) a waiver of past, present, or future defaults or events of default.

9. Notices.

All notices to Claimant should be sent to:

Diamond McCarthy LLP
295 Madison Avenue, 27th Floor
New York, New York 10017
Attn: Allan B. Diamond

# Exhibit A

US009211018B2

(12) **United States Patent**
**Wang**

(10) **Patent No.: US 9,211,018 B2**
(45) **Date of Patent: *Dec. 15, 2015**

(54) **INFLATABLE AIRBED PROVIDED WITH ELECTRIC PUMP HAVING PUMP BODY RECESSED INTO THE INFLATABLE AIRBED**

(75) Inventor: **Cheng Chung Wang**, Taipei (TW)

(73) Assignee: **Team Worldwide Corporation**, Taipei (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 865 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/032,550**

(22) Filed: **Jan. 10, 2005**

(65) **Prior Publication Data**

US 2005/0118046 A1 Jun. 2, 2005

**Related U.S. Application Data**

(60) Continuation of application No. 10/459,690, filed on Jun. 11, 2003, now abandoned, which is a division of application No. 09/738,331, filed on Dec. 18, 2000, now Pat. No. 6,793,469, which is a continuation-in-part of application No. 09/542,477, filed on Apr. 4, 2000, now Pat. No. 6,332,760.

(51) **Int. Cl.**
*A47C 27/08* (2006.01)
*F04D 25/08* (2006.01)
*F04D 29/60* (2006.01)

(52) **U.S. Cl.**
CPC ............ ***A47C 27/082*** (2013.01); ***F04D 25/084*** (2013.01); ***F04D 29/601*** (2013.01)

(58) **Field of Classification Search**
USPC ............ 5/644, 706, 707, 713, 655.3, 413 AM
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,068,494 | A | * | 12/1962 | Pinkwater | 5/708 |
| 3,112,502 | A | * | 12/1963 | Forsberg | 5/708 |
| 3,854,474 | A | * | 12/1974 | Carruth | 601/49 |
| 4,702,235 | A | * | 10/1987 | Hong | 602/13 |
| 4,862,533 | A | * | 9/1989 | Adams, III | 5/413 R |
| 4,890,344 | A | * | 1/1990 | Walker | 5/713 |
| 5,068,933 | A | * | 12/1991 | Sexton | 5/644 |
| 5,249,319 | A | * | 10/1993 | Higgs | 5/713 |
| 5,267,363 | A | * | 12/1993 | Chaffee | 5/710 |
| 5,367,726 | A | | 11/1994 | Chaffee | |
| 5,503,618 | A | | 4/1996 | Rey | |
| 5,542,136 | A | * | 8/1996 | Tappel | 5/713 |
| 5,606,756 | A | | 3/1997 | Price | |
| 5,771,514 | A | | 6/1998 | Wilhoit | |
| 5,794,289 | A | | 8/1998 | Wortman et al. | |
| 5,827,052 | A | * | 10/1998 | Wang | 417/478 |
| 5,848,875 | A | | 12/1998 | San-Jou | |

(Continued)

FOREIGN PATENT DOCUMENTS

DE 297 21 150 * 3/1998

*Primary Examiner* — Michael Safavi

(57) **ABSTRACT**

An inflatable product includes an inflatable body and an electric pump for pumping the inflatable body. The electric pump includes a pump body and an air outlet, wherein the pump body is wholly or partially recessed into the inflatable body and permanently held by the inflatable body. Preferably, the electric pump includes a fan and a motor connected to the fan, and the fan is rotated by the motor in a first direction to pump the inflatable body or in a second direction opposite the first direction to deflate the inflatable body.

**14 Claims, 25 Drawing Sheets**

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 5,890,882 | A | | 4/1999 | Feldman | |
| 6,119,292 | A | * | 9/2000 | Haas | 5/713 |
| 6,206,654 | B1 | * | 3/2001 | Cassidy | 417/312 |
| 6,237,653 | B1 | * | 5/2001 | Chaffee | 141/313 |
| 6,287,095 | B1 | * | 9/2001 | Saputo et al. | 417/472 |
| 6,312,400 | B1 | | 11/2001 | Itikawa | |
| 6,315,526 | B1 | | 11/2001 | Jones | |
| 6,321,400 | B1 | | 11/2001 | Gulino | |
| 6,457,192 | B2 | | 10/2002 | Choi et al. | |
| 6,543,073 | B2 | * | 4/2003 | Wu | 5/713 |
| 6,679,686 | B2 | * | 1/2004 | Wang | 417/423.1 |
| 6,701,559 | B2 | * | 3/2004 | Boso et al. | 5/739 |
| 6,722,306 | B1 | | 4/2004 | Wang | |
| 6,733,254 | B1 | * | 5/2004 | Yen | 417/423.1 |
| 6,836,914 | B1 | * | 1/2005 | Tsai | 5/713 |
| 6,955,527 | B2 | * | 10/2005 | Yen | 417/360 |
| 7,025,576 | B2 | * | 4/2006 | Chaffee | 417/366 |
| 7,039,972 | B2 | * | 5/2006 | Chaffee | 5/706 |
| 7,120,955 | B2 | * | 10/2006 | Wang | 5/706 |
| 7,127,762 | B1 | * | 10/2006 | Lau | 5/713 |
| 7,152,265 | B2 | * | 12/2006 | Chung | 5/710 |
| 7,246,394 | B2 | * | 7/2007 | Wang | 5/713 |
| 7,313,837 | B2 | * | 1/2008 | Wang | 5/706 |

* cited by examiner

FIG. 1A (PRIOR ART)

FIG. 1B (PRIOR ART)



FIG. 2



FIG. 3B



FIG. 3A



FIG. 4



FIG. 5



FIG. 6A



FIG. 6C

FIG. 6B





FIG. 7B

FIG. 7A





FIG. 8A



FIG. 8B



FIG. 8C



FIG. 8D



FIG. 8E




FIG. 8F



FIG. 9A



FIG. 9B



FIG. 9C



FIG. 9D



FIG. 9E



FIG. 10A



FIG. 10B



FIG. 11







FIG. 12A



FIG. 12B



FIG. 13A



FIG. 13B



FIG. 14



FIG. 15

# INFLATABLE AIRBED PROVIDED WITH ELECTRIC PUMP HAVING PUMP BODY RECESSED INTO THE INFLATABLE AIRBED

## CROSS REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. patent application Ser. No. 10/459,690, filed on Jun. 11, 2003, which is divisional application U.S. patent application Ser. No. 09/738,331, filed on Dec. 18, 2000, now U.S. Pat. No. 6,793,469, which is a continuation-in-part application of U.S. patent application Ser. No. 09/542,477, filed Apr. 4, 2000, now U.S. Pat. No. 6,332,760.

## BACKGROUND

1. Field of the Invention

The present invention relates in general to an inflatable product provided with an electric pump.

2. Description of the Related Art

Referring to FIGS. **1**A and **1**B, a conventional electric pump **14** for inflating an airbed has a fan and motor **142** inside. A plurality of batteries **144** are loaded into the electric pump **14** to supply the power. The airbed **10** is provided with a valve **12**. In operation, the electric pump **14** is connected to the valve **12** in direction B and then rotated in direction A to fasten the connection between the electric pump **14** and the airbed **10**. Then, the airbed **10** is pumped by the electric pump **14**.

## SUMMARY

In an embodiment of the present invention, an inflatable product comprising an inflatable body and an electric pump for pumping the inflatable body is provided. The electric pump comprises a pump body and an air outlet, wherein the pump body is wholly or partially recessed into the inflatable body and permanently held by the inflatable body. The electric pump preferably comprises a fan and a motor connected to the fan, and the fan is rotated by the motor in a first direction to pump the inflatable body or in a second direction opposite the first direction to deflate the inflatable body. In one preferred embodiment, the pump body is located in the inflatable body. Preferably, the air outlet is also located in the inflatable body.

In another embodiment of the invention, an inflatable product comprising an inflatable body and an electric pump for pumping the inflatable body is provided. The electric pump comprises a pump body and an air outlet, wherein the pump body is wholly or partially recessed into the inflatable body.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be more fully understood by reading the subsequent detailed description and examples with references made to the accompanying drawings, wherein:

FIG. **1**A depicts a conventional airbed;

FIG. **1**B is a sectional view along line I-I in FIG. **1**A;

FIG. **2** locally depicts an airbed in accordance with a first embodiment of the present invention;

FIG. **3**A shows the inflating operation of the airbed of the first embodiment;

FIG. **3**B shows the deflating operation of the airbed of the first embodiment;

FIG. **4** locally depicts an airbed in accordance with a second embodiment of the present invention;

FIG. **5** is a perspective diagram of the electric pump of the second embodiment;

FIGS. **6**A, **6**B and **6**C show the inflating operation of the airbed of the second embodiment;

FIGS. **7**A and **7**B show the deflating operation of the airbed of the second embodiment;

FIG. **8**A is an exploded perspective diagram of a local portion of an airbed in accordance with a third embodiment of the present invention;

FIG. **8**B is a perspective diagram of the electric pump of the airbed of the third embodiment;

FIG. **8**C is a sectional view of a socket of the airbed along line VIII-VIII in FIG. **8**A;

FIG. **8**D is a top view of the socket shown in FIG. **8**A;

FIG. **8**E depicts the electric pump and the socket assembled together in accordance with the third embodiment of the present invention;

FIG. **8**F depicts the cover, the electric pump and the socket assembled together in accordance with the third embodiment of the present invention;

FIG. **9**A is an exploded perspective diagram of a local portion of an airbed in accordance with a fourth embodiment of the present invention;

FIG. **9**B is a perspective diagram of the electric pump of the airbed of the fourth embodiment;

FIG. **9**C depicts a set of sockets of the fourth embodiment;

FIG. **9**D is a sectional view of a socket of the airbed along line VIIII-VIIII in FIG. **9**A;

FIG. **9**E depicts the cover, the electric pump and the socket assembled together in accordance with the fourth embodiment of the present invention;

FIG. **10**A is a perspective diagram of a local portion of an airbed in accordance with a fifth embodiment of the present invention;

FIG. **10**B is a sectional view of the electric pump along line X-X of FIG. **10**A;

FIG. **11** is a perspective diagram of an electric pump of an airbed in accordance with a sixth embodiment of the present invention;

FIG. **12**A is a perspective diagram of a cover, electric pump and socket of an airbed in accordance with a seventh embodiment of the present invention;

FIG. **12**B is a sectional view of the socket along line XI-XI of FIG. **12**A;

FIG. **13**A is a schematic diagram of an airbed in an inflating operation in accordance with an eighth embodiment of the present invention;

FIG. **13**B is a schematic diagram of the airbed in a deflating operation in accordance with the eighth embodiment of the present invention;

FIG. **14** is a perspective diagram of an electric pump of an airbed in accordance with a ninth embodiment of the present invention;

FIG. **15** is a perspective diagram of an electric pump of an airbed in accordance with a tenth embodiment of the present invention.

## DESCRIPTION

Referring to FIG. **2**, an airbed **26** of a first embodiment of the present invention is provided with a detachable electric pump **20**, a built-in battery case **22** and a built-in socket **24**. The battery case **22** has a cover **221** on which electrodes **222** are provided. Also, on the bottom of the battery case **22** are provided electrodes **223** corresponding to the electrodes **222**

of the cover **221**. An O-ring **244** and an electrode **242** are provided on the inner wall of the socket **24**, wherein the electrode **242** is electrically connected to the electrodes **222**, **223** of the battery case **22**. Furthermore, the electric pump **20** is substantially cylindrical and has an electrode **202** on its side surfaces, an air inlet **204** and an air outlet **206** on its ends and a check valve **208** inside. The check valve **208** of the electric pump allows air to flow in a single direction from the inlet **204** to the outlet **206**.

In operation, batteries are loaded into the battery case **22**. The electric pump **20** is fitted into the socket **24** and then rotated so that the electrode **202** of the electric pump **20** physically contacts the electrode **242** of the socket **24**. Then, the electric pump **20** is actuated to pump outside air into the airbed **26** as shown in FIG. **3**A. The O-ring **242** in the socket **24** prevents the airbed **26** from leaking. In deflating operation, the user detaches the electric pump **20** from the socket **24** to deflate the airbed **26**, as shown in FIG. **3**B.

It is understood that the O-ring can be provided on the side surfaces of the electric pump **20** instead of in the socket **24** to prevent the airbed from leaking.

Referring to FIG. **4**, an airbed of a second embodiment of the present invention is provided with a detachable electric pump **30**, a cap **37** for the electric pump **30**, a built-in battery case **32** and a built-in socket **34**. The battery case **32** has a cover **321** on which electrodes **322** are provided. Also, on the bottom of the battery case **32** are provided electrodes **323** corresponding to the electrodes **322** of the cover **321**. Furthermore, an arrow symbol **36** is marked on the airbed and besides the socket **34**. Flanges **342** are formed at the rim of the socket **34**, while electrodes **344** are provided on the inner wall of the socket **34** and are electrically connected to the electrodes **322**, **323** of the battery case **32**. Furthermore, the electric pump **30** is substantially cylindrical and has a flange **301** on its side surfaces, two electrodes **302** provided on the flange **301**, an air inlet **304** and an air outlet **306** on its ends. Also referring to FIG. **5**, symbols "on", "off" and "open" are marked on the side surfaces and the end of the electric pump **30**.

In operation, batteries are loaded into the battery case **32** to supply the electric pump **30** with the power. The electric pump **30** in this embodiment is used to inflate or deflate the airbed. In inflating operation, the electric pump **30** is fitted into the socket **34** with the air outlet **306** inside the airbed and the air inlet **304** outside the airbed. The electric pump **30** is rotated to change the positions of symbols "on", "off" and "open". When the arrow symbol **36** points at the symbol "on" as shown in FIG. **6**A, the electrodes **302** of the electric pump **30** physically contact the electrodes **344** of the socket **34** to actuate the electric pump **30**. Then, outside air is pumped into the airbed as shown in FIG. **6**B. When the arrow symbol **36** points at the symbol "off", the electric pump **30** is stopped. When the arrow symbol **36** points at the symbol "open", the electric pump **30** is detachable from the socket **34**. FIG. **6**C depicts the airbed full of air, wherein the air outlet of the electric pump **30** is closed by the cap **37** to seal the airbed after the inflating operation.

In the deflating operation, the electric pump **30** is fitted in reverse into the socket **34**, with the air inlet **304** inside the airbed and the air outlet **306** outside the airbed. The electric pump **30** is rotated to change the positions of symbols "on", "off" and "open" on its side surfaces. When the arrow symbol **36** points at the symbol "on" as shown in FIG. **7**A, the electrodes **302** of the electric pump **30** physically contact the electrodes **344** of the socket **34** to actuate the electric pump **30**. Then, air inside the airbed is pumped out as shown in FIG. **7**B. When the arrow symbol **36** points at the symbol "off", the

electric pump **30** is stopped. When the arrow symbol **36** points at the symbol "open", the electric pump **30** is detachable from the socket **34**.

In either of the inflating and deflating operations, the flanges **342** of the socket **34** are used for confining the flange **301** of the electric pump **30**, thus preventing the electric pump **30** from separating with the socket **34** when the arrow symbol **36** points at the symbols "on" and "off". However, the flanges **342** are spaced apart at the rim of the socket **34** to avoid confining the flange **301** of the electric pump **30** when the arrow symbol **36** points at the symbol "open". Thus, the electric pump **30** is detachable from the socket **34** when the arrow symbol **36** points at the symbol "open".

Referring to FIG. **8**A, an airbed of the third embodiment of the present invention is provided with a cover **44**, an electric pump **42** and a built-in socket **46**. The cover **44** is circular, with a plurality of recesses **443** provided on its side surfaces. Such an arrangement increases the friction on the side surfaces, facilitates the rotation of the cover **44**. Furthermore, the cover **44** is closed at its top end and is opened at its bottom end. At the bottom end of the cover **44** is provided a pair of inward arcuate flanges **441**. The arcuate flanges **441** extend to the bottom rim of the cover **44** to engage the socket **46** mounted on the body **40** of the airbed. The electric pump **42** is cylindrical. On the side surfaces of the electric pump is provided a switch **421** and a connector **423**. Also referring to FIG. **8**B, a plurality of rechargeable batteries **429** are provided in the electric pump **42** to supply the motor **422** with power. The connector **423** is used for connecting an external power (alternating current or direct current) to charge the batteries **429** or directly to actuate the electric pump **42**. For example, the connector **423** is connected to a cigarette lighter (direct current) of a car via a cigarette plug **600**. Alternatively, the connector **423** is connected to a alternating current power supply via a rectifier **700** which converts the alternating current into a direct current for the electric pump. Furthermore, at the ends of the electric pump **42** are provided a protruding air inlet **427** and a protruding air outlet **425**. Outward flanges **424**, **426** are respectively provided at the air inlet **427** and air outlet **425**. The socket **46** is a cylindrical housing, while an annular flange **467** is provided on the side surfaces of the socket **46** to define an upper portion and a lower portion of the socket **46**. The annular flange **467** is welded together with the body **40** of the airbed so that the lower portion of the socket **46** is buried in the airbed. Referring to FIG. **8**C, the socket **46** has a large hole **465** at its top end and a small hole at its bottom end. The large hole **465** at the top end is circular. The small hole **466** at the bottom end is shown in FIG. **8**D, the shape of which matches those of the air inlet **427** and air outlet **425** of the electric pump **42**. Furthermore, the socket **46** has grooves **461** formed on the outer surface of the upper portion and other grooves **463** formed at the inner circumferences of the hole **466** at the bottom end.

In the inflating operation, the electric pump **42** is put in the socket **46**, with the air outlet **425** of the electric pump **42** aligning with the bottom hole **466** of the socket **46**. Then, the electric pump **42** is rotated so that the flanges **426** of the electric pump **42** enter the grooves **463** at the bottom end of the socket **46**. Thus, the electric pump **42** and the socket **46** are firmly connected together, as shown in FIG. **8**E. The user pushes the switch **421** of the electric pump **42** to pump outside air into the body **40** of the airbed. The air flows from the air inlet **427**, through the air outlet **425** and bottom hole **466**, to the inside of the airbed.

If the airbed is used on the water, then the cover **44** is necessarily assembled together with the socket **46**. The user rotates the cover **44** so that the inner flanges **441** enter the

grooves **461** of the socket **46**. Thus, the cover **44** and the socket **46** are firmly connected together. The cover **44** protects the electric pump **42** from water.

In the deflating operation, the electric pump **42** is fitted in reverse into the socket **46**, with the air inlet **427** of the electric pump **42** aligning with the bottom hole **466** of the socket **46**. Then, the electric pump **42** pumps air inside the airbed out.

Referring to FIG. **9**A, an airbed of the fourth embodiment of the present invention is provided with a cover **54**, an electric pump **52** and a set of sockets **56**, **56'** built in the body of the airbed. The cover **54** is circular, with a plurality of recesses **543** provided on its side surfaces. Such an arrangement increases the friction on the side surfaces, facilitates the user to rotate the cover **54**. Furthermore, the cover **54** is closed at its top end and is opened at its bottom end. At the bottom end of the cover **54** is provided a pair of inward arcuate flanges **541**. The arcuate flanges **541** extend to the rim of the bottom end of the cover **54** for engaging the socket **56**. The electric pump **52** is cylindrical. On the side surfaces of the electric pump **52** are provided a switch **521**, an connector **523** and circumferential flanges **529**, **529'**. Furthermore, a plurality of rechargeable batteries (not shown) are provided in the electric pump **52** to supply the power. The connector **523** is used for connecting an external power to charge the batteries or directly to actuate the electric pump **52**. Referring to both FIGS. **9**A and **9**B, at the ends **524**, **520** of the electric pump **52** are provided a protruding air inlet **527** and a protruding air outlet **525**. A pair of outward flanges **528** are provided at the air inlet **527**, with grooves **528'** formed between the flanges **528** and the end **524**. Another pair of outward flanges **526** are provided at the air outlet **525** to form grooves **526'** between the flanges **526** and the end **520**. Referring to FIG. **9**C, the set of sockets include a top socket **56** and a bottom socket **56'** connected by a flexible sleeve **560**. The top socket **56** is welded together with the body **50** of the airbed. The top and bottom sockets **56**, **56'** have the same structure and therefore only the top socket **56** is now introduced. The top socket **56** has a top surface **564** with a through hole **561** provided on the top surface **564**. Furthermore, the top socket **56** has a pair of inward flanges **562** protruding from the top surface **564** toward the through hole **561**. Referring to FIG. **9**D, an annular groove **563** is formed in the socket **56**.

In the inflating operation, the electric pump **52** is inserted into the set of sockets **56**, **56'** on the airbed **50**. The protruding air outlet **525** of the electric pump **52** is fitted into the bottom socket **56'**. The rubber pad **522** eliminates any gaps between the bottom sockets **56'** and the electric pump **52** through which the airbed possibly leaks. The circumferential flanges **529** of the electric pump **52** enter the groove **563** of the socket **56**. Then, the electric pump **52** is rotated so that the flanges **529** of the electric pump **52** are confined in the grooves **563** by the flanges **562** of the top socket **56**. Then, the user pushes the switch **521** on the electric pump **52** to pump the airbed. After the airbed is filled with air, the user assembles the cover **54** and the electric pump **52** as shown in FIG. **9**E, with the flanges **541** of the cover **54** received in the grooves **528'** of the electric pump **52**. The cover **54** prevents the airbed from leaking though the air inlet **527**.

In the deflating operation, the electric pump **52** is reversely disposed with the air inlet **527** connected to the bottom socket **56'**. Also, the flanges **528** of the electric pump **52** are confined in the grooves **563** by the flanges **562** of the top socket **56**. Then, the user pushes the switch **521** on the electric pump **52** to pump air in the airbed out. It is noted that the electric pump **52** is not protected from water. Nevertheless, the electric pump **52** can be modified to be waterproof, introduced in the following fifth embodiment.

Refer to FIGS. **10**A and **10**B. Reference numeral **64** is a cover and reference numeral **62** is a waterproof electric pump. The waterproof electric pump **62** of the fifth embodiment is similar with the electric pump **52** of the fourth embodiment except that (1) the waterproof electric pump **62** has no connector on its side surfaces; (2) the switch **621** of the waterproof electric pump **62** is covered by a waterproof rubber strip **622**. The waterproof rubber strip **622** is so thin that the user can still push the switch **621** from outside the rubber strip **622** to actuate the electric pump **62**.

FIG. **11** depicts another waterproof electric pump **66** in accordance with a sixth embodiment of the present invention, wherein a recess **662** is provided on the side surfaces of the electric pump **66**. A switch **664** and a connector **666** are provided in the recess **662**, while a lid **668** is rotatably mounted on the side surfaces of the electric pump **66** to protect the switch **664** and the connector **666** from water.

Referring to FIGS. **12**A and **12**B, an airbed of a seventh embodiment of the invention is provided with a socket **76**, an electric pump **72** and a cover **74**. The socket **76** has threads **762** on its inner surfaces, while the electric pump **72** has threads **722** on its outer surfaces so that the electric pump **72** and the socket **76** can be screwed together. Furthermore, the electric pump **72** has rubber pads **724** on both ends. The arrangement of rubber pads **724** eliminates any gaps between the socket **76** and the electric pump **72** through which the airbed possibly leaks, when the electric pump **72** and the socket **76** are screwed together. Furthermore, it is noted that the cover **74** is mounted on the electric pump **72** rather than the socket **76** to prevent an air leakage.

Referring to FIG. **1**A, an airbed **80** of an eighth embodiment of the invention is provided a cover **85**, a chamber **84**, a fan **81** received in the chamber **84**, a motor **82** for rotating the fan **81**, a plurality of rechargeable batteries **88** for supplying the motor **82** with power, and a switch **83** for actuating the motor **82**. The motor **82** is also connected to an external power to charge the batteries **88** or directly to actuate the motor **82**. The external power supplies an alternating current via a rectifier **87** or supplies a direct current via a cigarette plug (not shown). The chamber **84** has a nozzle **841** communicating the chamber **84** and the outside of the airbed **80**, and a hole communicating the chamber **84** and the inside of the airbed **80**. In the inflating operation, the user pushes the switch **83** to actuate the motor **82** and fan **81**. Then, outside air is pumped into the airbed **80** through the nozzle **841** and the hole **842**. After the airbed **80** is filled with air, the user closes the nozzle with the cover **85** to prevent the airbed from leaking. Referring to FIG. **1**B, in the deflating operation, the user takes away the cover **85** and pushes the switch **83** to rotate the motor **82** and fan **81** in reverse. Then, air inside the airbed **80** is pumped out.

In the eighth embodiment, the fan **81** is received in a chamber **84** and is driven by an outside motor **82**. However, it is understood that the fan and motor can be housed together to operate. Referring to FIG. **14**, in a ninth embodiment of the present invention, a motor **92** and a fan **91** with helical blades **911** are assembled and are received in a housing **93**. The motor **92** is actuated by rechargeable batteries (not shown) or by an external power (not shown) via a connector **98**, wherein the external power supplies an alternating current or a direct current. The housing **93** is mounted on the airbed **90** (not fully shown in FIG. **14**) and has a first hole **94** communicating the outside of the airbed and a second hole communicating the inside. In the inflating operation, the fan **91** and motor **92** pump outside air into the airbed **90** through the holes **94**, **95**. When the airbed is filled with air, the cover **96** is screwed to the housing **93** to prevent an air leakage. In the deflating

operation, the cover **96** is taken away. The fan **91** is rotated by the motor **92** in reverse to pump air inside the airbed out.

Referring to FIG. **15**, in a tenth embodiment of the present invention, a first fan and motor **100** and a second fan and motor **200** are housed in different chambers. The first and second fans and motors **100**, **200** are permanently or detachably connected to the airbed **180** (not fully shown in FIG. **15**). Furthermore, the motors **100** and **200** are actuated by rechargeable batteries (not shown) or by an external power (not shown) via a connector **150**. In the inflating operation, the first fan and motor **100** is actuated to pump the airbed **180** (not fully shown in FIG. **15**) while the second fan and motor **200** is at rest. In the deflating operation, the first fan and motor **100** is at rest while the second fan and motor **200** is actuated to pump air inside the airbed out.

In conclusion, the invention provides various ways to pump an airbed or other inflatable products.

While the invention has been described by way of example and in terms of the preferred embodiment, it is to be understood that the invention is not limited to the disclosed embodiments. To the contrary, it is intended to cover various modifications and similar arrangements as would be apparent to those skilled in the art. Therefore, the scope of the appended claims should be accorded the broadest interpretation so as to encompass all such modifications and similar arrangements.

What is claimed is:

**1**. An inflatable product comprising:

an inflatable body comprising an exterior wall; and

an electric pump for pumping the inflatable body, the electric pump comprising a pump body and an air outlet, wherein the pump body is built into the exterior wall and wholly or partially recessed into the inflatable body, leaving at least a portion of the pump body exposed by the exterior wall, and wherein the pump body is permanently held by the inflatable body.

**2**. The inflatable product as claimed in claim **1**, wherein the electric pump comprises a fan and a motor connected to the fan, and the fan is rotated by the motor in a first direction to

pump the inflatable body or in a second direction opposite the first direction to deflate the inflatable body.

**3**. The inflatable product as claimed in claim **1**, further comprising a battery to supply the electric pump with power.

**4**. The inflatable product as claimed in claim **3**, wherein the battery is a rechargeable battery.

**5**. The inflatable product as claimed in claim **1**, further comprising a rectifier via which the electric pump is electrically connected to an electric power.

**6**. The inflatable product as claimed in claim **1**, further comprising a cigarette plug via which the electric pump is electrically connected to an electric power.

**7**. The inflatable product as claimed in claim **1**, further comprising a connector via which the electric pump is electrically connected to an electric power.

**8**. The inflatable product as claimed in claim **1**, further comprising a battery and a connector via which the electric pump is electrically connected to an electric power, so that the electric pump is selectively actuated by the battery or the electric power.

**9**. The inflatable product as claimed in claim **8**, wherein the battery is a rechargeable battery.

**10**. The inflatable product as claimed in claim **1**, wherein the electric pump uses a direct current.

**11**. The inflatable product as claimed in claim **1**, wherein the electric pump uses an alternating current.

**12**. The inflatable product as claimed in claim **1**, wherein the pump body is located in the inflatable body.

**13**. The inflatable product as claimed in claim **12**, wherein the air outlet is located in the inflatable body.

**14**. An inflatable product comprising:

an inflatable body comprising an exterior wall; and

an electric pump for pumping the inflatable body, the electric pump comprising a pump body and an air outlet, wherein the pump body is built into the exterior wall and wholly or partially recessed into the inflatable body, leaving at least a portion of the pump body exposed by the exterior wall.

* * * * *

# Exhibit B

US007346950B2

(12) **United States Patent**
**Chung**

(10) **Patent No.:** **US 7,346,950 B2**
(45) **Date of Patent:** **Mar. 25, 2008**

(54) **INFLATABLE PRODUCT PROVIDED WITH ELECTRIC AIR PUMP**

(75) Inventor: **Wang Cheng Chung**, Taipei (TW)

(73) Assignee: **Team Worldwide Corporation**, Taipei (TW)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 97 days.

(21) Appl. No.: **10/696,813**

(22) Filed: **Oct. 30, 2003**

(65) **Prior Publication Data**

US 2004/0123395 A1 Jul. 1, 2004

**Related U.S. Application Data**

(62) Division of application No. 09/886,030, filed on Jun. 22, 2001.

(51) **Int. Cl.**
*A47C 27/08* (2006.01)

(52) **U.S. Cl.** .......... **5/706**; 5/708; 5/713

(58) **Field of Classification Search** .......... 5/706, 5/708, 713; 417/238, 239, 360, 423.14, 423.15
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

10,139 A 10/1853 Scott
388,037 A * 8/1888 Hargin .......... 5/708
3,303,518 A * 2/1967 Ingram .......... 5/710
3,606,623 A 9/1971 Aymar
3,781,928 A 1/1974 Swallert
4,306,322 A * 12/1981 Young et al. .......... 5/710
4,390,226 A 6/1983 Hohn
4,435,864 A * 3/1984 Callaway .......... 5/706
4,619,481 A * 10/1986 Grudzinskas .......... 297/284.1
4,766,628 A 8/1988 Walker
4,862,533 A 9/1989 Adams, III
4,890,344 A * 1/1990 Walker .......... 5/713
4,935,968 A 6/1990 Hunt et al.
4,941,221 A 7/1990 Kanzier
5,020,517 A 6/1991 Foster et al.
5,068,933 A 12/1991 Sexton
5,127,808 A 7/1992 Nichols et al.
5,249,319 A * 10/1993 Higgs .......... 5/714
5,267,363 A 12/1993 Chaffee
5,279,018 A 1/1994 Glenn, III
5,297,545 A 3/1994 Infante
5,345,630 A 9/1994 Healy

(Continued)

FOREIGN PATENT DOCUMENTS

CH 678266 A5 8/1991

(Continued)

OTHER PUBLICATIONS

Instruction sheet for "Insta-Bed", Sep. 2000, USA.

*Primary Examiner*—James M. Hewitt
(74) *Attorney, Agent, or Firm*—Quintero Law Office

(57) **ABSTRACT**

An inflatable product includes a first chamber, a pack, and a fan and motor received in the pack. The pack has an air intake connected to the outside of the first chamber and a first air outlet connected to the inside of the first chamber. A first valve for opening and closing the first air outlet is received in the pack. Air is pumped by the fan and motor from the outside of the first chamber through the air intake and the first valve and then into the first chamber from the first air outlet.

**14 Claims, 33 Drawing Sheets**

U.S. PATENT DOCUMENTS

5,367,726 A * 11/1994 Chaffee .......... 5/706
5,397,950 A 3/1995 Norbury, Jr. et al.
5,503,618 A 4/1996 Rey
5,522,337 A 6/1996 Meyers et al.
5,542,136 A 8/1996 Tappel
5,605,482 A 2/1997 Choy
5,606,756 A 3/1997 Price
5,624,242 A * 4/1997 Wu .......... 417/238
5,687,438 A 11/1997 Biggie et al.
5,711,041 A 1/1998 Chen
5,794,289 A 8/1998 Wortman et al.
5,806,115 A 9/1998 Brown
5,848,875 A 12/1998 San-Jou
5,890,882 A 4/1999 Feldman
5,931,207 A 8/1999 Gianino
5,966,762 A 10/1999 Wu
6,098,221 A * 8/2000 Kloppenborg .......... 5/706
6,098,245 A * 8/2000 Satterfield et al. .......... 15/412
6,119,292 A 9/2000 Haas
6,158,978 A * 12/2000 Norbury, Jr. .......... 417/350
6,237,653 B1 5/2001 Chaffee
6,287,095 B1 * 9/2001 Saputo et al. .......... 417/472
6,298,511 B1 10/2001 Collymore
6,315,526 B1 11/2001 Jones
6,431,845 B1 * 8/2002 Thomas et al. .......... 417/571
6,457,192 B2 * 10/2002 Choi et al. .......... 5/114
6,485,276 B2 * 11/2002 Yang .......... 417/423.14
6,499,166 B1 12/2002 Jones
6,591,437 B1 * 7/2003 Phillips .......... 5/713
6,609,260 B2 8/2003 Hand et al.
6,722,306 B1 4/2004 Wang
6,793,469 B2 9/2004 Chung
7,039,972 B2 5/2006 Chaffee
2001/0044969 A1 * 11/2001 Chaffee .......... 5/655.3
2004/0073999 A1 * 4/2004 Fruge .......... 5/12.1

FOREIGN PATENT DOCUMENTS

DE 297 21 150 U1 3/1998
JP JP 6-133832 5/1994
WO WO/8809140 12/1988

* cited by examiner

FIG. 1A



FIG. 1B



FIG. 1C



FIG. 1D

FIG. 1E



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 3A



FIG. 3B



FIG. 3C



FIG. 3D



FIG. 4A




FIG. 4B



FIG. 4C



FIG. 4E

FIG. 4D



FIG. 4F



FIG. 4G

FIG. 4H



442  441
44

FIG. 4I



442  441
44

FIG. 4J



463  462  461  464
46          47

FIG. 4K



463  464  47

FIG. 4L





481  482  483  484
48              49

FIG. 4M



483      49

FIG. 4N



51  53  54  55  52

FIG. 5A



FIG. 5B



FIG. 5C



FIG. 6



FIG. 7A



FIG. 7B

FIG. 7C

FIG. 7D

FIG. 7E

FIG. 7F

FIG. 7G



FIG. 8A

FIG. 8B

FIG. 8C



FIG. 9A



FIG. 9B



FIG. 9C



FIG. 9D



FIG. 10A



FIG. 10B



FIG. 11 ( PRIOR ART )

# INFLATABLE PRODUCT PROVIDED WITH ELECTRIC AIR PUMP

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a divisional of U.S. application Ser. No. 09/886,030, filed Jun. 22, 2001.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates in general to an inflatable product provided with an electric air pump.

2. Description of the Related Art

Referring to FIG. **11**, prior art provides a conventional air mattress for two people with a top fabric cover **100**, a layer of foam **200**, two inflatable chambers **300**, **400**, a frame **500** and a bottom fabric cover **600**. The inflatable chambers **300**, **400** are inflated by an electric air pump (not shown), which is separately provided, requiring users to carry two items, the air mattress itself, and an electric air pump. Inconvenience results, especially for outdoor use.

The present invention provides a modified air mattress, which has a built-in electric air pump eliminating the need for an external pump. Furthermore, operation of the air mattress of the present invention is easy.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide an air mattress, easily operated and conveniently carried.

In another embodiment of the invention, an inflatable product includes a first chamber, a pack, and a fan and motor received in the pack. The pack has an air intake connected to the outside of the first chamber and a first air outlet connected to the inside of the first chamber. A first valve for opening and closing the first air outlet is also provided, wherein the first valve is received in the pack. Air is pumped by the fan and motor from the outside of the first chamber through the air intake and the first valve and then into the first chamber from the first air outlet. The inflatable product may include a second chamber, in which case the pack is provided with a second air outlet connected to the second chamber so that the fan and motor pump air into the second chamber through the second air outlet. A second valve for opening and closing the second air outlet is preferably included. A two-way valve device may be connected between the first and second chamber so that the air in the first chamber flows into the second chamber through the two-way valve device.

A valve switch may be manually operated and include a cam element, a bar and a spring, the cam element rotatable between a first orientation and a second orientation. When the cam element is in the first orientation, the bar is depressed by the cam element, and the spring is compressed by the bar to open the first valve or the second valve. The cam element preferably has a recess, and when the cam element is in the second orientation, the bar is pushed by the spring and received in the recess to close the first valve or the second valve.

The air mattress of the present invention includes a chamber and an electric air pump for inflating the chamber. The air pump has an air intake and an air outlet. The air intake is connected to the outside of the chamber and the air outlet is connected to the inside of the chamber when the air pump is moved to first position. The air intake is connected

to the inside of the chamber and the air outlet is connected to the outside of the chamber when the air pump is moved to second position.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be more fully understood by reading the subsequent detailed description and examples with references made to the accompanying drawings, wherein:

FIG. **1A** is a perspective diagram of an inflatable product in accordance with a first embodiment of the present invention;

FIG. **1B** is an expanded view of the inflatable product of the first embodiment of the present invention;

FIG. **1C** is an exploded diagram of the air pump and pump seat of FIG. **1B**;

FIG. **1D** is a schematic diagram of the air pump of the first embodiment during inflation;

FIG. **1E** is a schematic diagram of the air pump of the first embodiment during deflation;

FIG. **2A** depicts an air pump of a second embodiment of the present invention during inflation;

FIG. **2B** is a sectional view of FIG. **2A** along line II—II;

FIG. **2C** depicts the air pump of the second embodiment of the present invention during deflation;

FIG. **3A** depicts an air pump of a third embodiment of the present invention during inflation;

FIG. **3B** depicts the air pump of FIG. **3A**, with a part of the housing removed;

FIG. **3C** depicts the air pump of the third embodiment of the present invention during deflation;

FIG. **3D** depicts the air pump of FIG. **3C**, with a part of the housing removed;

FIG. **4A** is a perspective diagram of an inflatable product in accordance with a fourth embodiment of the present invention;

FIG. **4B** is an expanded view of FIG. **4A**;

FIG. **4C** is a sectional view of FIG. **4B** along line IV—IV;

FIG. **4D** is a schematic diagram of the cam element and bar of the valve switch of the fourth embodiment, where the valve switch is closed;

FIG. **4E** is a schematic diagram of the cam element and bar of the valve switch of the fourth embodiment, where the valve switch is opened;

FIG. **4F** depicts the air pump assembly of the fourth embodiment during inflation;

FIG. **4G** depicts the back support of the air mattress of the fourth embodiment, wherein the back support is filled with air;

FIG. **4H** depicts the deflated back support of the air mattress of FIG. **4G**;

FIG. **4I** depicts a modified example of the back support of the air mattress of the fourth embodiment, wherein the back support is filled with air;

FIG. **4J** depicts the deflated back support of the air mattress of FIG. **4I**;

FIG. **4K** depicts another modified example of the back support of the air mattress of the fourth embodiment, wherein the back support is filled with air;

FIG. **4L** depicts the deflated back support of the air mattress of FIG. **4K**;

FIG. **4M** depicts another modified example of the back support of the air mattress of the fourth embodiment, wherein the back support is filled with air;

FIG. **4N** depicts the deflated back support of the air mattress of FIG. **4M**;

FIG. **5A** is a perspective diagram of an inflatable product in accordance with a fifth embodiment of the present invention;

FIG. **5B** is an expanded view of FIG. **5A**;

FIG. **5C** is a back view of FIG. **5B**;

FIG. **6** depicts an inflatable product in accordance with a sixth embodiment of the present invention;

FIG. **7A** depicts an inflatable product in accordance with a seventh embodiment of the present invention;

FIG. **7B** depicts the first control pack of the inflatable product of FIG. **7A**;

FIG. **7C** depicts the second control pack of the inflatable product of FIG. **7A**;

FIGS. **7D** and **7E** depict the operation of the switch of the first control pack of FIG. **7B**;

FIG. **7F** depicts a control circuit for activating the air pump of FIG. **7A**;

FIG. **7G** depicts a modified control circuit of FIG. **7F**;

FIG. **8A** is a front view of the operating panel of the air pump assembly in accordance with an eighth embodiment of the present invention;

FIG. **8B** is the front view of the air pump assembly of FIG. **8A**, with the operating panel removed;

FIG. **8C** is a bottom view of FIG. **8C**;

FIG. **9A** depicts an inflatable product of a ninth embodiment of the present invention;

FIG. **9B** is an expanded view of the inflatable product of FIG. **9A**, during inflation;

FIG. **9C** is an expanded view of the inflatable product of FIG. **9A**, in stop mode;

FIG. **9D** is an expanded view of the inflatable product of FIG. **9A**, during deflation;

FIG. **10A** shows a modified inflatable umbrella of the ninth embodiment of the present invention;

FIG. **10B** is a perspective diagram of a fan assembly of FIG. **10A**;

FIG. **11** is an exploded perspective diagram of a conventional air mattress.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIGS. **1A** and **1B**, an inflatable product of a first embodiment of the present invention has an inflatable chamber **10**, a pump seat **11** mounted on the chamber **10**, an air pump **12** carried by the pump seat **11**, two holding elements **13**, **13'** to hold the air pump **12**, and two covers **14**, **14'** for covering the vents **131**, **131'** provided on the holding elements **13**. Referring to FIG. **1C**, the seat **11** has two holes **111**, **112** on its bottom, through which air enters the chamber **10**. The air pump **12** has a substantially rolling-pin-shaped housing with a fan and motor (not shown) inside. An air intake **121** and an air outlet **122** are provided at opposite ends of the housing. The housing of the air pump **12** has a rib **123** on its outer surface, wherein the rib **123** extends in the axial direction of the housing. Referring to FIG. **1D**, the air pump **12** is carried by the seat **11** with the rib **123** resting on the seat **11**. Then, the holding elements **13** are screwed to the seat **11** for holding the air pump **12**.

During inflation, the air pump **12** pumps air into the inflatable product. Air flows through the vent **131** of the holding element **13**, the air intake **121** and air outlet **122** of the air pump **12**, and the hole **112** on the bottom of the seat **11**. Air then flows into the inflatable product via the hole **112** on the bottom of the seat **112**.

During deflation, the air pump **12** is rotated in direction X until the rib **123** rests on the seat **11** at another side. As

shown in FIG. **1E**, the air intake **121** faces down and the air outlet **122** faces up so that the air pump **12** can pump air out of the inflatable product. Air flows through the hole **111** of the seat **11**, the air intake **121** and air outlet **122** of the air pump **12**, and then out from the vent **131'** of the holding element **13'**.

Referring to FIG. **2A**, an inflatable product of a second embodiment of the present invention is provided with a rotatable switch **21**, an air pump **22**, a piping system **23** and a cover **24**. On the top surface of the switch **21**, "INFLATE", "STOP" and "DEFLATE" settings appear. The air pump **22** is firmly connected to the switch **21**. The air pump **22** thus follows the switch **21**'s rotation when twisted. Referring to FIG. **2B**, the air pump **22** has a substantially rolling-pin-shaped housing **225** with a fan and motor **223** inside. An air intake **221** and an air outlet **222** are provided at opposite ends of the housing. The piping system **23** includes a main pipe **238**, two side pipes **236**, **237** and a vent **239**. The main pipe **238** is connected to the outside via the vent **239** and connected to the air pump **22** in the housing **225** via the side pipes **236**, **237**. The cover **24** is used to close the vent **239**.

During inflation, the switch **21** is rotated to "INFLATE". The air intake **221** is switched to connect the side pipe **236**, while the side pipe **237** is closed by the housing **225** of the air pump **22**. The air pump **22** pumps air into the inflatable product in accordance with a path as indicated by the arrows. In detail, air flows through the vent **239**, main pipe **238**, side pipe **236** and air intake **221**, and out from the air outlet **222**.

When inflation is finished, the user rotates the switch **21** to "STOP". The air pump **22** stops. Also, the air intake **221** and air outlet **222** are closed by the housing **225** of the air pump **22**.

During deflation, the switch **21** is rotated to "DEFLATE". As shown in FIG. **2C**, the air outlet **222** is switched to connect the side pipe **237**, while the side pipe **236** is closed by the housing **225** of the air pump **22**. The air pump **22** evacuates air from the inflatable product in accordance with a path as indicated by arrows. In detail, air flows through the air intake **221**, air outlet **222**, side pipe **237** and main pipe **238**, and out from the vent **239**.

Referring to FIGS. **3A** and **3B**, an inflatable product of a third embodiment of the present invention is provided with a housing **31**, a fan and motor **33**, a switching pipe **32**, a flap **36** and a cover **35**. The fan and motor **33** is received in the housing **31**. The flap **36** is firmly connected to the switching pipe **32**. Therefore, when the switching pipe **32** is rotated, the flap **36** follows. An air intake **311** and an air outlet **312** are provided on the top surface of the housing **31**, while another air intake **314** and air outlet **313** are provided on the bottom surface of the housing **31**. During inflation, the switching pipe **32** is connected to the air outlet **312** on the top surface of the housing **31**. The cover **35** is removed from the air intake **311**. The inflatable product (not shown) is inflated by the fan and motor **33**. Air flows through the air intake **311** and the air outlet **313**, and into the inflatable product.

Referring to FIGS. **3C** and **3D**, During deflation, the switching pipe **32** is switched from the air outlet **312** to the air intake **311** on the top surface of the housing **31**. Also, the flap **36** follows the switching pipe **32** to rotate to close the air outlet **313** on the bottom surface of the housing **31**. The air in the inflatable product is evacuated by the fan and motor **33**. The path of the airflow is indicated by arrows. Air flows through the air intake **314**, the switching pipe **32** and the air intake **311**, and into the housing **31**. Then, air flows out from the air outlet **312**.

Referring to FIG. **4A**, an inflatable product of a fourth embodiment of the present invention is an air mattress which includes a mattress pad **41** comprising a chamber wall **41a**, a back support **42** and an air pump assembly **43** built into the mattress pad **41** to inflate the mattress pad **41** and the back support **42**. The back support **42** is inflated to raise the backrest of the mattress pad **41**. Referring to FIGS. **4B** and **4C**, the air pump assembly **43** has a pack **430** comprising a pack wall **430a** exposed to the outside of the chamber, an interior region **430b**, a fan and motor **435** received in the pack **430**, a motor switch **433** mounted on the pack **430** to activate the fan and motor **435**, two valves **436**, **436'** disposed in the pack **430**, and two valve switches **431**, **431'** for opening/closing the valves **436**, **436'**. The pack **430** has an air intake **4301**, a first air outlet **4302** connected to the back support **42**, and a second air outlet **4302'** connected to the mattress pad **41**. The valve switches **431**, **431'** have the same structure. Therefore, only the valve switch **431** is introduced and the description of the valve switch **431'** is omitted. The valve switch **431** has a cap **4311**, a cam element **4312**, a bar **4313** and a spring **4314**. The cam element **4312** is firmly connected to the cap **4311**. When the cap **4311** is twisted, the cam element **4312** follows the cap **4311**'s rotation. Referring to FIG. **4D**, the cam element **4312** has a recess **4315** on its bottom, via which the cam element **4312** sits on the bar **4313**.

To inflate the back support **42**, the user turns on the motor switch **433** to activate the fan and motor **435**. In addition, the user turns on the valve switch **431** by twisting the cap **4311**. The cam element **4312** follows the cap **4311**'s rotation as shown in FIG. **4D**. Then, the bar **4313** is depressed by the cam element **4312** as shown in FIG. **4E**. Referring to FIG. **4F**, the spring **4314** is compressed by the bar **4313** and the valve **461** is opened. Then, outside air is pumped into the back support **42** through the air intake **4301** and air outlet **4302** of the air pump assembly **43**. Arrows indicate the path of airflow.

If the user further turns on the valve switch **431'**, then the mattress pad **41** is inflated.

Referring to FIG. **4G**, the back support **42** is inflated to raise the backrest of the mattress pad **41**. Referring to FIG. **4H**, the backrest of the mattress pad **41** is lowered when the back support **42** is deflated. It is noted that the cross section of the back support **42** is V-shaped. By such an arrangement, the mattress pad **41** is flat enough that a user cannot detect the presence of the deflated back support **42**.

FIGS. **4I** and **4J** depict a modified example of the back support of the air mattress, wherein the back support **44** has a flexible chamber **442** of a triangular cross section and an elastic string **441** binding the chamber **442**. When the chamber **442** is filled with the air, the elastic string **44** is stretched. When the chamber **442** is deflated, the elastic string **44** automatically contracts to collapse the chamber **442**.

FIGS. **4K** and **4L** depict another modified example of the back support of the air mattress, wherein the back support **46** has a flexible chamber **464**, a frame **463** pivoted to the mattress pad **47** and connected to the chamber **464**, an elastic string **461** fixed to the frame **463** for binding the chamber **464**, and round slider **462** mounted on the bottom of the frame **463**. When the chamber **464** is filled with air, the elastic string **461** is stretched. When the chamber **464** is deflated, the elastic string **461** automatically contracts to collapse the chamber **464**. Then, the chamber **464** pulls the frame **463**. The frame **463** slides on the ground via the round sliders **462** and rotates toward the mattress pad **47** to collapse the chamber **464**.

FIGS. **4M** and **4N** depict another modified example of the back support of the air mattress, wherein the back support **48** has a flexible chamber **481**, a first frame **483**, a second frame **484** hinged to the first frame **483**, and an elastic string **482** fixed to the frames **483**, **484** to bind the chamber **481**. The flexible chamber **481** is sandwiched between the frames **483**, **484**. When the chamber **464** is filled with air, the elastic string **461** is stretched and the frames **483**, **484** are spread. When the chamber **464** is deflated, the elastic string **461** automatically contracts to collapse the chamber **464**. Also, the frames **483**, **484** are closed to collapse the chamber **481**.

Referring to FIG. **5A**, an inflatable product of a fifth embodiment of the present invention includes two inflatable chambers **51**, **52**, an air pump assembly **53** and a two-way valve device **54**. The air pump assembly **43** is used to inflate the chambers **51** and **52** via the two-way valve device **54**, wherein the two-way valve device **54** is connected to the chamber **52** via a pipe **55**. Also referring to FIGS. **5B** and **5C**, the air pump assembly **53** has a motor switch **533** and an air intake **531** on its front surface, and an air outlet **532** on its rear surface. The two-way valve device **54** has a valve switch **543** on its front surface, an air intake **541** and an air outlet **542** on its rear surface. During inflation, the user turns on the motor switch **533** to pump air into the chamber **51** through the air intake **531** and air outlet **532**. To further inflate the chamber **52**, the valve switch **54** is turned on so that air in the chamber **51** flows into the chamber **52** through the two-way valve device **54**.

Referring to FIG. **6**, an inflatable product of a sixth embodiment of the present invention includes two inflatable chambers **61**, **62** and an air pump assembly **63**. The air pump assembly **63** inflates the chambers **61**, **62** via two check valves **64**, **65**, respectively. The air pump assembly **63** has a fan and motor **633**, a valve switch **631** and a cantilever arm **632** connected to the valve switch **631**. To inflate the chamber **61**, the user twists the valve switch **631** so that the cantilever arm **632** depresses the valve **64**. The valve **64** is thus opened. Arrows indicate the path of airflow. Similarly, the user twists the valve switch **631** to open the valve **65** by the cantilever arm **632**, when the chamber **62** is inflated.

Referring to FIG. **7A**, an inflatable product of a seventh embodiment of the present invention includes four inflatable chambers **711**, **712**, **713**, **714**, an air pump **72**, a first control pack **73** for controlling the air pump **72** to inflate the chambers **711**, **712**, and a second control pack **74** for controlling the air pump **72** to inflate the chambers **713**, **714**. Referring to FIG. **7B**, the first control pack **73** has a pack body **730**, two switches **731**, **732**, an air intake **733** connected to the air pump **72** and two air outlets **734**, **735** respectively connected to the chambers **712**, **711**. Referring to FIG. **7C**, the second control pack **74** has the same structure as the first control pack **73**. The second control pack **74** has a pack body **740**, two switches **741**, **742**, an air intake **743** connected to the air pump **72** and two air outlets **744**, **745** respectively connected to the chambers **713**, **714**. Referring to FIG. **7D**, the switch **731** is connected to a valve **7311** while a micro switch **7312** is provided beside the switch **731**. When the switch **731** is rotated to the "INFLATE" position, the valve **7311** is opened and the micro switch **7312** is turned on as shown in FIG. **7E**. Other switches **732**, **741**, **742** have the same structure as the switch **731**, thereby having micro switches beside. Further referring to FIG. **7F**, when any of the micro switches **7312**, **7322**, **7412**, **7422** is turned on, a relay **75** is activated and turned on. Then, the air pump **72** is supplied with power to inflate the corresponding chambers **711**, **712**, **713**, **714**.

FIG. **7G** depicts a modified control circuit of FIG. **7F**, wherein reference numerals **7312'**, **7322'**, **7412'**, **7422'** represent air bulbs instead of micro switches. When any of the air bulbs **7312'**, **7322'**, **7412'**, **7422'** is pressed, a pressure switch **75'** is turned on. Then, the air pump **72** is supplied with power to inflate the corresponding chambers **711**, **712**, **713**, **714**.

FIGS. **8A**, **8B** and **8C** show an air pump assembly in accordance with an eighth embodiment of the present invention, wherein FIG. **8A** is the front view of the operating panel of the air pump assembly, FIG. **8B** is the front view of the air pump with the operating panel removed, and FIG. **8D** is a bottom view of FIG. **8C**. The air pump assembly includes a pack **81** with a vent **811** on its top and two vents **812**, **813** on its bottom, a fan and motor **82** received in the pack **81**, two valves **83**, **84** for opening/closing the vents **812** and **813**, two switches **85**, **86** and an elongated slider **87** provided beside the switches **85**, **86**. The elongated slider **87** has two slots **876**, **877** with pins **872**, **873** received inside, while the pins **872**, **873** are firmly fixed in the pack **81**. By the arrangement, the slider **87** is slideable with respect to the pins **872**, **873**. Furthermore, the fan and motor **82** have two pairs of electrodes **824**, **824'** and **825**, **825'**. The electrodes **824'**, **825** are fixed to the pack **81**, while the electrodes **824**, **825'** are firmly connected to the slider **87**. When the slider **87** is moved to the right, the pair of electrodes **824**, **824'** physically contact each other. Then, the fan and motor **82** is activated to rotate in a normal direction. When the slider **87** is moved to the left, the pair of electrodes **825**, **825'** physically contact each other. Then, the fan and motor **82** is activated to rotate in a reverse direction. Furthermore, the switches **85**, **86** have ears **851**, **852**, **861**, **862** to push the slider **87** in different directions.

During inflation, the switch **85**, for example, is rotated to "INFLATE". The valve **83** connected to the switch **85** is opened. Meanwhile, the ear **851** of the switch **85** pushes against the slider **87** so that the pair of electrodes **824**, **824'** physically contact each other. Thus, the fan and motor **82** is activated to pump air from the top vent **811** to the bottom vent **812**. When the switch **85** is rotated to "DEFLATE", the valve **83** is opened. The ear **852** of the switch **85** pushes against the lever **871** so that the pair of electrodes **825**, **825'** contact each other and the pair of electrodes **824**, **824'** separate. Then, the fan and motor **82** operates in reverse to pump air from the bottom vent **812** to the top vent **811**. Similarly, air is pumped from the top vent **811** to the bottom vent **813** when the switch **86** is rotated to "INFLATE". On the other hand, air is pumped from the bottom vent **813** to the top vent **811** when the switch **86** is rotated to "DEFLATE".

Referring to FIG. **9A**, an inflatable product of a ninth embodiment of the present invention is an umbrella. The umbrella has a stiff handle **91** and an inflatable (flexible) shank **92**. An air pump is arranged in the handle **91** to pump the inflatable shank **92**. The air pump has a nozzle **95**, bellows **94** for supplying the shank **92** with air via the nozzle **95**, and a motor **93** for operating the bellows **94** via gears **901** and a link **902**. Furthermore, a ring switch **99** is provided around the handle **91** to activate the motor **93**. In addition, three check valves **96**, **97**, **98** are provided to control the airflow. The first check valve **97** for controlling the entrance of air into the bellows **94** is provided under the ring switch **99**. The second check valve **96** for controlling the exit of air from the inflatable shank **92** is provided over the ring switch **99**. The third check valve **98** is provided between the bellows **94** and the nozzle **95** for controlling the airflow from the bellows **94** to the shank **92**.

On the top and bottom of the ring switch **99** are provided a plurality of recesses. Referring to FIG. **9B**, During inflation, the ring switch **99** is rotated to such a position that a top recess **991** of the ring switch **99** is positioned under the check valve **96**, allowing the check valve **96** to be closed. Meanwhile, the check valve **97** is opened by the bottom of the ring switch **99**. Also, a bottom recess **992** of the ring switch **99** is positioned over the button **931** of the motor **93** to release the button **931**. Then, the motor **93** operates the bellows **94** via the gears **901** and link **902**. Outside air is pumped into the shank **92** through the check valves **97**, **98**. The path of airflow is indicated by arrows.

To stop the inflating operation, the user rotates the ring switch **99** to the position shown in FIG. **9C**, wherein the top recess **991** of the ring switch **99** is still positioned under the check valve **96** so that the check valve **96** is closed. Another bottom recess **994** of the ring switch **99** is positioned over the check valve **97** so that the check valve **97** is closed. Also, the bottom of the ring switch **99** pushes the button **931** to stop the motor **93**.

To deflate the umbrella, the user rotates the ring switch **99** to the position shown in FIG. **9D**, wherein the bottom recess **994** of the ring switch **99** is still positioned over the check valve **97** so that the check valve **97** is closed. The bottom of the ring switch **99** continues pushing the button **931** so that the motor **93** is still at rest. The top of the ring switch **99** pushes the check valve **96** so that the check valve **96** is opened. Then, air in the shank **92** of the umbrella automatically flows out through the check valve **96**.

FIGS. **10A** and **10B** show a modified inflatable umbrella, wherein the air pump of the ninth embodiment including the bellows **94**, link **902**, gears **901** and motor **93** are replaced with another kind of air pump **150**. The air pump **150** includes a cylindrical reservoir **151**, a fan (air pressure rotator) **155** eccentrically received in the reservoir **151**, and a motor **154** provided outside the reservoir **151** to rotate the fan **155**. The reservoir **151** has an air intake **152** connected to the first check valve **97** and an air outlet **153** connected to the third check valve **98**. During operation, air is pumped into the reservoir **151** through the air intake **152** and then pumped out through the air outlet **153**. Furthermore, it is noted that the fan **155** is eccentrically arranged in the reservoir **151**. This fan assembly generates sufficient air pressure to inflate the umbrella.

While the invention has been described by way of example and in terms of the preferred embodiment, it is to be understood that the invention is not limited to the disclosed embodiments. To the contrary, it is intended to cover various modifications and similar arrangements (as would be apparent to those skilled in the art). Therefore, the scope of the appended claims should be accorded the broadest interpretation so as to encompass all such modifications and similar arrangements.

What is claimed is:

1. An inflatable product, including:
   - a first chamber comprising a chamber wall;
   - a pack having an interior region, an air intake communicating the interior region to the outside of the first chamber and a first air outlet communicating the interior region to the inside of the first chamber, wherein the pack is built in the chamber wall and extends into an interior of the first chamber;
   - a first valve for opening and closing the first air outlet, wherein the first valve is connected to the pack; and
   - a fan and motor disposed in the interior region of the pack, wherein, on activation of the fan and motor to inflate the first chamber, air is pumped from outside of the first

chamber through the air intake into the interior region of the pack, then through the first valve and first air outlet into the first chamber.

**2**. The inflatable product as claimed in claim **1**, further including a second chamber, and the pack further having a second air outlet communicating the interior region of the pack to the second chamber, wherein, on activation of the fan and motor to inflate the second chamber, air is pumped into the second chamber through the second air outlet.

**3**. The inflatable product as claimed in claim **2**, further including a second valve for opening and closing the second air outlet.

**4**. The inflatable product as claimed in claim **3**, further including a valve switch to selectively open the first valve or the second valve.

**5**. The inflatable product as claimed in claim **4**, wherein the valve switch comprises a cantilever arm, and the cantilever arm is rotated to selectively depress the first valve or the second valve for selectively opening the first valve or the second valve.

**6**. The inflatable product as claimed in claim **1**, further including a second chamber and a two-way valve device connected between the first and second chamber so that the air in the first chamber flows into the second chamber through the two-way valve device.

**7**. The inflatable product as claimed in claim **1**, further including a valve switch to open the first valve.

**8**. The inflatable product as claimed in claim **7**, wherein the valve switch includes a cam element, a bar and a spring, the cam element is rotatable between a first orientation and a second orientation, and when the cam element is in the first orientation, the bar is depressed by the cam element, and the spring is compressed by the bar to open the first valve.

**9**. The inflatable product as claimed in claim **8**, wherein the cam element has a recess, and when the cam element is in the second orientation, the bar is pushed by the spring and received in the recess to close the first valve.

**10**. The inflatable product as claimed in claim **7**, wherein the valve switch includes a spring, the valve switch is moveable between a first orientation and a second orientation, and when the valve switch is in the first orientation, the spring is compressed to open the first valve.

**11**. The inflatable product as claimed in claim **1**, wherein the first valve is a two-way valve.

**12**. The inflatable product as claimed in claim **1**, wherein the first valve is arranged to allow manual opening and closing of the first air outlet.

**13**. The inflatable product as claimed in claim **1**, wherein the pack comprises a pack wall exposed to the outside of the first chamber, and the air intake communicates the outside of the first chamber to the interior region of the pack through the pack wall.

**14**. The inflatable product as claimed in claim **13**, further comprising a control switch to activate the motor, wherein the control switch is disposed on the pack wall.

* * * * *

# Exhibit C

US007246394B2

(12) **United States Patent**
**Wang**

(10) **Patent No.: US 7,246,394 B2**
(45) **Date of Patent: *Jul. 24, 2007**

(54) **INFLATABLE PRODUCT WITH BUILT-IN HOUSING AND SWITCHING PIPE**

(75) Inventor: **Cheng Chung Wang**, Taipei (TW)

(73) Assignee: **Team Worldwide Corporation**, Taipei (TW)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **11/326,829**

(22) Filed: **Jan. 7, 2006**

(65) **Prior Publication Data**

US 2006/0112492 A1 Jun. 1, 2006

**Related U.S. Application Data**

(62) Division of application No. 09/886,030, filed on Jun. 22, 2001, now Pat. No. 6,990,700.

(51) **Int. Cl.**
*A47C 27/08* (2006.01)

(52) **U.S. Cl.** ........ **5/713**; 5/708; 5/655.3

(58) **Field of Classification Search** ........ 5/706, 5/708, 713, 655.3; 417/411, 315, 238–239; 137/625.22, 565.12

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

388,037 A 8/1888 Hargin
1,722,595 A 7/1929 Rose
2,780,222 A 2/1957 Polzin et al.
3,303,518 A 2/1967 Ingram
4,306,322 A 12/1981 Young et al.
4,435,864 A 3/1984 Callaway
4,520,847 A 6/1985 Baron
4,619,481 A 10/1986 Grudzinskas
4,862,533 A 9/1989 Adams, III
4,865,580 A 9/1989 Berger et al.
4,890,344 A 1/1990 Walker
5,068,933 A 12/1991 Sexton
5,249,319 A 10/1993 Higgs
5,279,018 A 1/1994 Glen, III
5,297,545 A 3/1994 Infante
5,299,599 A 4/1994 Farmer et al.
5,367,726 A 11/1994 Chaffee
5,397,950 A 3/1995 Norbury, Jr. et al.

(Continued)

FOREIGN PATENT DOCUMENTS

DE 29721150 U1 3/1998

OTHER PUBLICATIONS

Instruction sheet for "Insta-Bed", Sep. 2000, USA.

*Primary Examiner*—Patricia Engle
*Assistant Examiner*—Fredrick Conley
(74) *Attorney, Agent, or Firm*—Quintero Law Office

(57) **ABSTRACT**

An inflatable product includes an inflatable body, a fan and motor assembly for pumping air, a housing built into the inflatable body, and an air conduit disposed at least in part in the housing. The housing has an interior region. The air conduit is movable between a first position and a second position, the fan and motor inflating the inflatable body when the air conduit is in the first position, and deflating the inflatable body when the air conduit is in the second position. Air flows between the interior region of the housing and the inflatable body during inflation and deflation.

**23 Claims, 33 Drawing Sheets**

U.S. PATENT DOCUMENTS

5,542,136 A 8/1996 Tappel
5,606,756 A 3/1997 Price
5,624,242 A 4/1997 Wu
5,794,289 A 8/1998 Wortman et al.
6,098,221 A 8/2000 Kloppenborg
6,098,245 A 8/2000 Satterfield et al.
6,119,292 A 9/2000 Haas
6,158,978 A 12/2000 Norbury, Jr.
6,182,656 B1 2/2001 Sagiv
6,287,095 B1 9/2001 Saputo et al.
6,332,760 B1 * 12/2001 Chung ........ 417/411
6,431,845 B1 8/2002 Thomas et al.
6,457,192 B2 10/2002 Choi et al.
6,485,276 B2 11/2002 Yang
6,591,437 B1 7/2003 Phillips
6,832,629 B2 12/2004 Wu
6,832,630 B2 12/2004 Wu
7,039,972 B2 5/2006 Chaffee
7,040,347 B2 * 5/2006 Wang ........ 137/625.22
2001/0044969 A1 11/2001 Chaffee
2004/0073999 A1 4/2004 Fruge

* cited by examiner

FIG. 1A





FIG. 1B

FIG. 1C

FIG. 1D

FIG. 1E

FIG. 2A

FIG. 2B

FIG. 2C



FIG. 3A



FIG. 3B



FIG. 3C



FIG. 3D



FIG. 4A



FIG. 4B



FIG. 4C



FIG. 4E

FIG. 4D



FIG. 4F



FIG. 4G

FIG. 4H



442  441
44

FIG. 4I



442  441
44

FIG. 4J



463  462  461  464
46        47

FIG. 4K



463
464    47

FIG. 4L



481  482  483  484
48          49

FIG. 4M



483      49

FIG. 4N



51
53
54
55
52

FIG. 5A



FIG. 5B



FIG. 5C



FIG. 6



FIG. 7A



FIG. 7B

FIG. 7C

FIG. 7D

FIG. 7E

FIG. 7F

FIG. 7G



FIG. 8A

FIG. 8B

FIG. 8C



FIG. 9A



FIG. 9B



FIG. 9C



FIG. 9D



FIG. 10A



FIG. 10B



FIG. 11 ( PRIOR ART )

# INFLATABLE PRODUCT WITH BUILT-IN HOUSING AND SWITCHING PIPE

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a divisional of U.S. application No. Ser. No. 09/886,030, filed Jun. 22, 2001, now U.S. Pat. No. 6,990,700.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates in general to an inflatable product provided with an electric air pump.

2. Description of the Related Art

Referring to FIG. **11**, prior art provides a conventional air mattress for two people with a top fabric cover **100**, a layer of foam **200**, two inflatable chambers **300**, **400**, a frame **500** and a bottom fabric cover **600**. The inflatable chambers **300**, **400** are inflated by an electric air pump (not shown), which is separately provided, requiring users to carry two items, the air mattress itself, and an electric air pump. Inconvenience results, especially for outdoor use.

The present invention provides a modified air mattress, which has a built-in electric air pump eliminating the need for an external pump. Furthermore, operation of the air mattress of the present invention is easy.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide an air mattress, easily operated and conveniently carried.

The air mattress of the present invention includes a chamber and an electric air pump for inflating the chamber. The air pump has an air intake and an air outlet. The air intake is connected to the outside of the chamber and the air outlet is connected to the inside of the chamber when the air pump is moved to first position. The air intake is connected to the inside of the chamber and the air outlet is connected to the outside of the chamber when the air pump is moved to second position.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention can be more fully understood by reading the subsequent detailed description and examples with references made to the accompanying drawings, wherein:

FIG. **1A** is a perspective diagram of an inflatable product in accordance with a first embodiment of the present invention;

FIG. **1B** is an expanded view of the inflatable product of the first embodiment of the present invention;

FIG. **1C** is an exploded diagram of the air pump and pump seat of FIG. **1B**;

FIG. **1D** is a schematic diagram of the air pump of the first embodiment during inflation;

FIG. **1E** is a schematic diagram of the air pump of the first embodiment during deflation;

FIG. **2A** depicts an air pump of a second embodiment of the present invention during inflation;

FIG. **2B** is a sectional view of FIG. **2A** along line II-II;

FIG. **2C** depicts the air pump of the second embodiment of the present invention during deflation;

FIG. **3A** depicts an air pump of a third embodiment of the present invention during inflation;

FIG. **3B** depicts the air pump of FIG. **3A**, with a part of the housing removed;

FIG. **3C** depicts the air pump of the third embodiment of the present invention during deflation;

FIG. **3D** depicts the air pump of FIG. **3C**, with a part of the housing removed;

FIG. **4A** is a perspective diagram of an inflatable product in accordance with a fourth embodiment of the present invention;

FIG. **4B** is an expanded view of FIG. **4A**;

FIG. **4C** is a sectional view of FIG. **4B** along line IV-IV;

FIG. **4D** is a schematic diagram of the cam element and bar of the valve switch of the fourth embodiment, where the valve switch is closed;

FIG. **4E** is a schematic diagram of the cam element and bar of the valve switch of the fourth embodiment, where the valve switch is opened;

FIG. **4F** depicts the air pump assembly of the fourth embodiment during inflation;

FIG. **4G** depicts the back support of the air mattress of the fourth embodiment, wherein the back support is filled with air;

FIG. **4H** depicts the deflated back support of the air mattress of FIG. **4G**;

FIG. **4I** depicts a modified example of the back support of the air mattress of the fourth embodiment, wherein the back support is filled with air;

FIG. **4J** depicts the deflated back support of the air mattress of FIG. **4I**;

FIG. **4K** depicts another modified example of the back support of the air mattress of the fourth embodiment, wherein the back support is filled with air;

FIG. **4L** depicts the deflated back support of the air mattress of FIG. **4K**;

FIG. **4M** depicts another modified example of the back support of the air mattress of the fourth embodiment, wherein the back support is filled with air;

FIG. **4N** depicts the deflated back support of the air mattress of FIG. **4M**;

FIG. **5A** is a perspective diagram of an inflatable product in accordance with a fifth embodiment of the present invention;

FIG. **5B** is an expanded view of FIG. **5A**;

FIG. **5C** is a back view of FIG. **5B**;

FIG. **6** depicts an inflatable product in accordance with a sixth embodiment of the present invention;

FIG. **7A** depicts an inflatable product in accordance with a seventh embodiment of the present invention;

FIG. **7B** depicts the first control pack of the inflatable product of FIG. **7A**;

FIG. **7C** depicts the second control pack of the inflatable product of FIG. **7A**;

FIGS. **7D** and **7E** depict the operation of the switch of the first control pack of FIG. **7B**;

FIG. **7F** depicts a control circuit for activating the air pump of FIG. **7A**;

FIG. **7G** depicts a modified control circuit of FIG. **7F**;

FIG. **8A** is a front view of the operating panel of the air pump assembly in accordance with an eighth embodiment of the present invention;

FIG. **8B** is the front view of the air pump assembly of FIG. **8A**, with the operating panel removed;

FIG. **8C** is a bottom view of FIG. **8C**;

FIG. **9A** depicts an inflatable product of a ninth embodiment of the present invention;

FIG. **9B** is an expanded view of the inflatable product of FIG. **9A**, during inflation;

FIG. **9C** is an expanded view of the inflatable product of FIG. **9A**, in stop mode;

FIG. **9D** is an expanded view of the inflatable product of FIG. **9A**, during deflation;

FIG. **10A** shows a modified inflatable umbrella of the ninth embodiment of the present invention;

FIG. **10B** is a perspective diagram of a fan assembly of FIG. **10A**;

FIG. **11** is an exploded perspective diagram of a conventional air mattress.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

Referring to FIGS. **1A** and **1B**, an inflatable product of a first embodiment of the present invention has an inflatable chamber **10**, a pump seat **11** mounted on the chamber **10**, an air pump **12** carried by the pump seat **11**, two holding elements **13**, **13'** to hold the air pump **12**, and two covers **14**, **14'** for covering the vents **131**, **131'** provided on the holding elements **13**. Referring to FIG. **1C**, the seat **11** has two holes **111**, **112** on its bottom, through which air enters the chamber **10**. The air pump **12** has a substantially rolling-pin-shaped housing with a fan and motor (not shown) inside. An air intake **121** and an air outlet **122** are provided at opposite ends of the housing. The housing of the air pump **12** has a rib **123** on its outer surface, wherein the rib **123** extends in the axial direction of the housing. Referring to FIG. **1D**, the air pump **12** is carried by the seat **11** with the rib **123** resting on the seat **11**. Then, the holding elements **13** are screwed to the seat **11** for holding the air pump **12**.

During inflation, the air pump **12** pumps air into the inflatable product. Air flows through the vent **131** of the holding element **13**, the air intake **121** and air outlet **122** of the air pump **12**, and the hole **112** on the bottom of the seat **11**. Air then flows into the inflatable product via the hole **112** on the bottom of the seat **112**.

During deflation, the air pump **12** is rotated in direction X until the rib **123** rests on the seat **11** at another side. As shown in FIG. **1E**, the air intake **121** faces down and the air outlet **122** faces up so that the air pump **12** can pump air out of the inflatable product. Air flows through the hole **111** of the seat **11**, the air intake **121** and air outlet **122** of the air pump **12**, and then out from the vent **131'** of the holding element **13'**.

Referring to FIG. **2A**, an inflatable product of a second embodiment of the present invention is provided with a rotatable switch **21**, an air pump **22**, a piping system **23** and a cover **24**. On the top surface of the switch **21**, "INFLATE", "STOP" and "DEFLATE" settings appear. The air pump **22** is firmly connected to the switch **21**. The air pump **22** thus follows the switch **21**'s rotation when twisted. Referring to FIG. **2B**, the air pump **22** has a substantially rolling-pin-shaped housing **225** with a fan and motor **223** inside. An air intake **221** and an air outlet **222** are provided at opposite ends of the housing. The piping system **23** includes a main pipe **238**, two side pipes **236**, **237** and a vent **239**. The main pipe **238** is connected to the outside via the vent **239** and connected to the air pump **22** in the housing **225** via the side pipes **236**, **237**. The cover **24** is used to close the vent **239**.

During inflation, the switch **21** is rotated to "INFLATE". The air intake **221** is switched to connect the side pipe **236**, while the side pipe **237** is closed by the housing **225** of the air pump **22**. The air pump **22** pumps air into the inflatable product in accordance with a path as indicated by the arrows. In detail, air flows through the vent **239**, main pipe **238**, side pipe **236** and air intake **221**, and out from the air outlet **222**.

When inflation is finished, the user rotates the switch **21** to "STOP". The air pump **22** stops. Also, the air intake **221** and air outlet **222** are closed by the housing **225** of the air pump **22**.

During deflation, the switch **21** is rotated to "DEFLATE". As shown in FIG. **2C**, the air outlet **222** is switched to connect the side pipe **237**, while the side pipe **236** is closed by the housing **225** of the air pump **22**. The air pump **22** evacuates air from the inflatable product in accordance with a path as indicated by arrows. In detail, air flows through the air intake **221**, air outlet **222**, side pipe **237** and main pipe **238**, and out from the vent **239**.

Referring to FIGS. **3A** and **3B**, an inflatable product of a third embodiment of the present invention is provided with a housing **31**, a fan and motor **33**, a switching pipe **32**, a flap **36** and a cover **35**. The fan and motor **33** is received in the housing **31**. The flap **36** is firmly connected to the switching pipe **32**. Therefore, when the switching pipe **32** is rotated, the flap **36** follows. An air intake **311** and an air outlet **312** are provided on the top surface of the housing **31**, while another air intake **314** and air outlet **313** are provided on the bottom surface of the housing **31**. During inflation, the switching pipe **32** is connected to the air outlet **312** on the top surface of the housing **31**. The cover **35** is removed from the air intake **311**. The inflatable product (not shown) is inflated by the fan and motor **33**. Air flows through the air intake **311** and the air outlet **313**, and into the inflatable product.

Referring to FIGS. **3C** and **3D**, During deflation, the switching pipe **32** is switched from the air outlet **312** to the air intake **311** on the top surface of the housing **31**. Also, the flap **36** follows the switching pipe **32** to rotate to close the air outlet **313** on the bottom surface of the housing **31**. The air in the inflatable product is evacuated by the fan and motor **33**. The path of the airflow is indicated by arrows. Air flows through the air intake **314**, the switching pipe **32** and the air intake **311**, and into the housing **31**. Then, air flows out from the air outlet **312**.

Referring to FIG. **4A**, an inflatable product of a fourth embodiment of the present invention is an air mattress which includes a mattress pad **41**, a back support **42** and an air pump assembly **43** built into the mattress pad **41** to inflate the mattress pad **41** and the back support **42**. The back support **42** is inflated to raise the backrest of the mattress pad **41**. Referring to FIGS. **4B** and **4C**, the air pump assembly **43** has a pack **430**, a fan and motor **435** received in the pack **430**, a motor switch **433** mounted on the pack **430** to activate the fan and motor **435**, two valves **436**, **436'** disposed in the pack **430**, and two valve switches **431**, **431'** for opening/closing the valves **436**, **436'**. The pack **430** has an air intake **4301**, a first air outlet **4302** connected to the back support **42**, and a second air outlet **4302'** connected to the mattress pad **41**. The valve switches **431**, **431'** have the same structure. Therefore, only the valve switch **431** is introduced and the description of the valve switch **431'** is omitted. The valve switch **431** has a cap **4311**, a cam element **4312**, a bar **4313** and a spring **4314**. The cam element **4312** is firmly connected to the cap **4311**. When the cap **4311** is twisted, the cam element **4312** follows the cap **4311**'s rotation. Referring to FIG. **4D**, the cam element **4312** has a recess **4314** on its bottom, via which the cam element **4312** sits on the bar **4313**.

To inflate the back support **42**, the user turns on the motor switch **433** to activate the fan and motor **435**. In addition, the user turns on the valve switch **431** by twisting the cap **4311**. The cam element **4312** follows the cap **4311**'s rotation as shown in FIG. **4D**. Then, the bar **4313** is depressed by the

cam element **4312** as shown in FIG. **4E**. Referring to FIG. **4F**, the spring **4314** is compressed by the bar **4313** and the valve **461** is opened. Then, outside air is pumped into the back support **42** through the air intake **4301** and air outlet **4302** of the air pump assembly **43**. Arrows indicate the path of airflow.

If the user further turns on the valve switch **431'**, then the mattress pad **41** is inflated.

Referring to FIG. **4G**, the back support **42** is inflated to raise the backrest of the mattress pad **41**. Referring to FIG. **4H**, the backrest of the mattress pad **41** is lowered when the back support **42** is deflated. It is noted that the cross section of the back support **42** is V-shaped. By such an arrangement, the mattress pad **41** is flat enough that a user cannot detect the presence of the deflated back support **42**.

FIGS. **4I** and **4J** depict a modified example of the back support of the air mattress, wherein the back support **44** has a flexible chamber **442** of a triangular cross section and an elastic string **441** binding the chamber **442**. When the chamber **442** is filled with the air, the elastic string **44** is stretched. When the chamber **442** is deflated, the elastic string **44** automatically contracts to collapse the chamber **442**.

FIGS. **4K** and **4L** depict another modified example of the back support of the air mattress, wherein the back support **46** has a flexible chamber **464**, a frame **463** pivoted to the mattress pad **47** and connected to the chamber **464**, an elastic string **461** fixed to the frame **463** for binding the chamber **464**, and round slider **462** mounted on the bottom of the frame **463**. When the chamber **464** is filled with air, the elastic string **461** is stretched. When the chamber **464** is deflated, the elastic string **461** automatically contracts to collapse the chamber **464**. Then, the chamber **464** pulls the frame **463**. The frame **463** slides on the ground via the round sliders **462** and rotates toward the mattress pad **47** to collapse the chamber **464**.

FIGS. **4M** and **4N** depict another modified example of the back support of the air mattress, wherein the back support **48** has a flexible chamber **481**, a first frame **483**, a second frame **484** hinged to the first frame **483**, and an elastic string **482** fixed to the frames **483**, **484** to bind the chamber **481**. The flexible chamber **481** is sandwiched between the frames **483**, **484**. When the chamber **464** is filled with air, the elastic string **461** is stretched and the frames **483**, **484** are spread. When the chamber **464** is deflated, the elastic string **461** automatically contracts to collapse the chamber **464**. Also, the frames **483**, **484** are closed to collapse the chamber **481**.

Referring to FIG. **5A**, an inflatable product of a fifth embodiment of the present invention includes two inflatable chambers **51**, **52**, an air pump assembly **53** and a two-way valve device **54**. The air pump assembly **43** is used to inflate the chambers **51** and **52** via the two-way valve device **54**, wherein the two-way valve device **54** is connected to the chamber **52** via a pipe **55**. Also referring to FIGS. **5B** and **5C**, the air pump assembly **53** has a motor switch **533** and an air intake **531** on its front surface, and an air outlet **532** on its rear surface. The two-way valve device **54** has a valve switch **543** on its front surface, an air intake **541** and an air outlet **542** on its rear surface. During inflation, the user turns on the motor switch **533** to pump air into the chamber **51** through the air intake **531** and air outlet **532**. To further inflate the chamber **52**, the valve switch **54** is turned on so that air in the chamber **51** flows into the chamber **52** through the two-way valve device **54**.

Referring to FIG. **6**, an inflatable product of a sixth embodiment of the present invention includes two inflatable chambers **61**, **62** and an air pump assembly **63**. The air pump

assembly **63** inflates the chambers **61**, **62** via two check valves **64**, **65**, respectively. The air pump assembly **63** has a fan and motor **633**, a valve switch **631** and a cantilever arm **632** connected to the valve switch **631**. To inflate the chamber **61**, the user twists the valve switch **631** so that the cantilever arm **632'** depresses the valve **64**. The valve **64** is thus opened. Arrows indicate the path of airflow. Similarly, the user twists the valve switch **631** to open the valve **65** by the cantilever arm **632**, when the chamber **62** is inflated.

Referring to FIG. **7A**, an inflatable product of a seventh embodiment of the present invention includes four inflatable chambers **711**, **712**, **713**, **714**, an air pump **72**, a first control pack **73** for controlling the air pump **72** to inflate the chambers **711**, **712**, and a second control pack **74** for controlling the air pump **72** to inflate the chambers **713**, **714**. Referring to FIG. **7B**, the first control pack **73** has a pack body **730**, two switches **731**, **732**, an air intake **733** connected to the air pump **72** and two air outlets **734**, **735** respectively connected to the chambers **712**, **711**. Referring to FIG. **7C**, the second control pack **74** has the same structure as the first control pack **73**. The second control pack **74** has a pack body **740**, two switches **741**, **742**, an air intake **743** connected to the air pump **72** and two air outlets **744**, **745** respectively connected to the chambers **713**, **714**. Referring to FIGS. **7D**, the switch **731** is connected to a valve **7311** while a micro switch **7312** is provided beside the switch **731**. When the switch **731** is rotated to the "INFLATE" position, the valve **7311** is opened and the micro switch **7312** is turned on as shown in FIG. **7E**. Other switches **732**, **741**, **742** have the same structure as the switch **731**, thereby having micro switches beside. Further referring to FIG. **7F**, when any of the micro switches **7312**, **7322**, **7412**, **7422** is turned on, a relay **75** is activated and turned on. Then, the air pump **72** is supplied with power to inflate the corresponding chambers **711**, **712**, **713**, **714**.

FIG. **7G** depicts a modified control circuit of FIG. **7F**, wherein reference numerals **7312'**, **7322'**, **7412'**, **7422'** represent air bulbs instead of micro switches. When any of the air bulbs **7312'**, **7322'**, **7412'**, **7422'** is pressed, a pressure switch **75'** is turned on. Then, the air pump **72** is supplied with power to inflate the corresponding chambers **711**, **712**, **713**, **714**.

FIGS. **8A**, **8B** and **8C** show an air pump assembly in accordance with an eighth embodiment of the present invention, wherein FIG. **8A** is the front view of the operating panel of the air pump assembly, FIG. **8B** is the front view of the air pump with the operating panel removed, and FIG. **8D** is a bottom view of FIG. **8C**. The air pump assembly includes a pack **81** with a vent **811** on its top and two vents **812**, **813** on its bottom, a fan and motor **82** received in the pack **81**, two valves **83**, **84** for opening/closing the vents **812** and **813**, two switches **85**, **86** and an elongated slider **87** provided beside the switches **85**, **86**. The elongated slider **87** has two slots **876**, **877** with pins **872**, **873** received inside, while the pins **872**, **873** are firmly fixed in the pack **81**. By the arrangement, the slider **87** is slideable with respect to the pins **872**, **873**. Furthermore, the fan and motor **82** have two pairs of electrodes **824**, **824'** and **825**, **825'**. The electrodes **824'**, **825** are fixed to the pack **81**, while the electrodes **824**, **825'** are firmly connected to the slider **87**. When the slider **87** is moved to the right, the pair of electrodes **824**, **824'** physically contact each other. Then, the fan and motor **82** is activated to rotate in a normal direction. When the slider **87** is moved to the left, the pair of electrodes **825**, **825'** physically contact each other. Then, the fan and motor **82** is activated to rotate in a reverse direction. Furthermore, the

switches **85**, **86** have ears **851**, **852**, **861**, **862** to push the slider **87** in different directions.

During inflation, the switch **85**, for example, is rotated to "INFLATE". The valve **83** connected to the switch **85** is opened. Meanwhile, the ear **851** of the switch **85** pushes against the slider **87** so that the pair of electrodes **824**, **824'** physically contact each other. Thus, the fan and motor **82** is activated to pump air from the top vent **811** to the bottom vent **812**. When the switch **85** is rotated to "DEFLATE", the valve **83** is opened. The ear **852** of the switch **85** pushes against the lever **871** so that the pair of electrodes **825**, **825'** contact each other and the pair of electrodes **824**, **824'** separate. Then, the fan and motor **82** operates in reverse to pump air from the bottom vent **812** to the top vent **811**. Similarly, air is pumped from the top vent **811** to the bottom vent **813** when the switch **86** is rotated to "INFLATE". On the other hand, air is pumped from the bottom vent **813** to the top vent **811** when the switch **86** is rotated to "DEFLATE".

Referring to FIG. **9A**, an inflatable product of a ninth embodiment of the present invention is an umbrella. The umbrella has a stiff handle **91** and an inflatable (flexible) shank **92**. An air pump is arranged in the handle **91** to pump the inflatable shank **92**. The air pump has a nozzle **95**, bellows **94** for supplying the shank **92** with air via the nozzle **95**, and a motor **93** for operating the bellows **94** via gears **901** and a link **902**. Furthermore, a ring switch **99** is provided around the handle **91** to activate the motor **93**. In addition, three check valves **96**, **97**, **98** are provided to control the airflow. The first check valve **97** for controlling the entrance of air into the bellows **94** is provided under the ring switch **99**. The second check valve **96** for controlling the exit of air from the inflatable shank **92** is provided over the ring switch **99**. The third check valve **98** is provided between the bellows **94** and the nozzle **95** for controlling the airflow from the bellows **94** to the shank **92**.

On the top and bottom of the ring switch **99** are provided a plurality of recesses. Referring to FIG. **9B**, During inflation, the ring switch **99** is rotated to such a position that a top recess **991** of the ring switch **99** is positioned under the check valve **96**, allowing the check valve **96** to be closed. Meanwhile, the check valve **97** is opened by the bottom of the ring switch **99**. Also, a bottom recess **992** of the ring switch **99** is positioned over the button **931** of the motor **93** to release the button **931**. Then, the motor **93** operates the bellows **94** via the gears **901** and link **902**. Outside air is pumped into the shank **92** through the check valves **97**, **98**. The path of airflow is indicated by arrows.

To stop the inflating operation, the user rotates the ring switch **99** to the position shown in FIG. **9C**, wherein the top recess **991** of the ring switch **99** is still positioned under the check valve **96** so that the check valve **96** is closed. Another bottom recess **994** of the ring switch **99** is positioned over the check valve **97** so that the check valve **97** is closed. Also, the bottom of the ring switch **99** pushes the button **931** to stop the motor **93**.

To deflate the umbrella, the user rotates the ring switch **99** to the position shown in FIG. **9D**, wherein the bottom recess **994** of the ring switch **99** is still positioned over the check valve **97** so that the check valve **97** is closed. The bottom of the ring switch **99** continues pushing the button **931** so that the motor **93** is still at rest. The top of the ring switch **99** pushes the check valve **96** so that the check valve **96** is opened. Then, air in the shank **92** of the umbrella automatically flows out through the check valve **96**.

FIGS. **10A** and **10B** show a modified inflatable umbrella, wherein the air pump of the ninth embodiment including the

bellows **94**, link **902**, gears **901** and motor **93** are replaced with another kind of air pump **150**. The air pump **150** includes a cylindrical reservoir **151**, a fan (air pressure rotator) **155** eccentrically received in the reservoir **151**, and a motor **154** provided outside the reservoir **151** to rotate the fan **155**. The reservoir **151** has an air intake **152** connected to the first check valve **97** and an air outlet **153** connected to the third check valve **98**. During operation, air is pumped into the reservoir **151** through the air intake **152** and then pumped out through the air outlet **153**. Furthermore, it is noted that the fan **155** is eccentrically arranged in the reservoir **151**. This fan assembly generates sufficient air pressure to inflate the umbrella.

While the invention has been described by way of example and in terms of the preferred embodiment, it is to be understood that the invention is not limited to the disclosed embodiments. To the contrary, it is intended to cover various modifications and similar arrangements (as would be apparent to those skilled in the art). Therefore, the scope of the appended claims should be accorded the broadest interpretation so as to encompass all such modifications and similar arrangements.

What is claimed is:

**1**. An inflatable product including:
an inflatable body;
a fan and motor assembly for pumping air;
a housing built into the inflatable body, the housing having an interior region; and
an air conduit disposed at least in part in the housing, the air conduit being movable between a first position and a second position while remaining disposed at least in part in the housing, the fan and motor inflating the inflatable body when the air conduit is in the first position, and deflating the inflatable body when the air conduit is in the second position;
wherein air flows between the interior region of the housing and the inflatable body during inflation and deflation.

**2**. The inflatable product as claimed in claim **1**, wherein air flows from the interior region of the housing into the inflatable body when the air conduit is in the first position.

**3**. The inflatable product as claimed in claim **1**, wherein air flows from the inflatable body into the interior region of the housing when the air conduit is moved to the second position.

**4**. The inflatable product as claimed in claim **1**, wherein the air conduit is a pipe.

**5**. The inflatable product as claimed in claim **4**, wherein the pipe is rotatable.

**6**. The inflatable product as claimed in claim **4**, wherein the pipe is a switching pipe.

**7**. The inflatable product as claimed in claim **1**, wherein the air conduit is arranged to convey air pumped by the fan and motor assembly.

**8**. The inflatable product as claimed in claim **7**, wherein the air conduit has a first end and a second end, and wherein the fan and motor assembly causes air to be conveyed from the first end of the air conduit to the second end of the air conduit when the air conduit is in the first position.

**9**. The inflatable product as claimed in claim **8**, wherein the fan and motor assembly causes air to be conveyed in sequence from ambient, through the first end of the air conduit, to the second end of the air conduit, and into the inflatable body when the air conduit is in the first position.

**10**. The inflatable product as claimed in claim **8**, wherein the fan and motor assembly causes air to be conveyed from

the second end of the air conduit to the first end of the air conduit when the air conduit is in the second position.

**11**. The inflatable product as claimed in claim **10**, wherein the fan and motor assembly causes air to be conveyed in sequence from the inflatable body, through the second end of the air conduit, to the first end of the air conduit, to ambient when the air conduit is in the second position.

**12**. The inflatable product as claimed in claim **1**, wherein the fan and motor are received in the housing.

**13**. An inflatable product including:

an inflatable body;

a housing built into the inflatable body, having a first opening and a second opening;

a fan and motor for pumping air; and

a switching pipe disposed at least in part in the housing and having a first end and a second end, the switching pipe movable between a first position and a second position, the switching pipe arranged such that the first end of the switching pipe communicates with the first opening when the switching pipe is in the first position, and the first end of the switching pipe communicates with the second opening when the switching pipe is in the second position; wherein, on activation of the fan, air is pumped in sequence from the second opening to the first opening and through the switching pipe from the first end to the second end when the switching pipe is in a first position, and air is pumped is pumped in sequence from the second end to the first end of the switching pipe and through the second opening to the first opening when the switching pipe is in the second position.

**14**. The inflatable product as claimed in claim **13**, wherein the housing comprises an interior region, and air flows between the interior region of the housing and the inflatable body when the inflatable body is inflated and deflated.

**15**. The air pump assembly recited in claim **13**, wherein the fan and motor are received in the housing.

**16**. An inflatable product including:

an inflatable body;

a fan and motor assembly for pumping air;

a housing built into the inflatable body, the housing having an interior region; and

an air conduit having a first end and a second end, the air conduit disposed at least in part in the housing and arranged to convey air pumped by the fan and motor assembly, the air conduit being movable between a first position and a second position, the fan and motor inflating the inflatable body when the air conduit is in the first position, and deflating the inflatable body when the air conduit is in the second position;

wherein air flows between the interior region of the housing and the inflatable body during inflation and deflation, and

wherein the fan and motor assembly causes air to be conveyed from the first end of the air conduit to the second end of the air conduit when the air conduit is in the first position, and the fan and motor assembly causes air to be conveyed in sequence from the inflatable body, through the second end of the air conduit, to the first end of the air conduit, to ambient when the air conduit is in the second position.

**17**. The inflatable product as claimed in claim **16**, wherein air flows from the interior region of the housing into the inflatable body when the air conduit is in the first position.

**18**. The inflatable product as claimed in claim **16**, wherein air flows from the inflatable body into the interior region of the housing when the air conduit is moved to the second position.

**19**. The inflatable product as claimed in claim **16**, wherein the air conduit is a pipe.

**20**. The inflatable product as claimed in claim **19**, wherein the pipe is rotatable.

**21**. The inflatable product as claimed in claim **19**, wherein the pipe is a switching pipe.

**22**. The inflatable product as claimed in claim **16**, wherein the fan and motor assembly causes air to be conveyed in sequence from ambient, through the first end of the air conduit, to the second end of the air conduit, and into the inflatable body when the air conduit is in the first position.

**23**. The inflatable product as claimed in claim **16**, wherein the fan and motor are received in the housing.

* * * * *

# Electronic Proof of Claim

Final Audit Report                                                                 2019-04-10

| | |
|---|---|
| Created: | 2019-04-10 |
| By: | Sears Claims (searsclaims@primeclerk.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAnk0a4LyhuBZeyo9Vhn9mkOI63mhGqJls |

## "Electronic Proof of Claim" History

Widget created by Sears Claims (searsclaims@primeclerk.com)
2019-04-10 - 2:24:31 PM GMT

Kenneth Wang (ken.wang@twwcorp.com) uploaded the following supporting documents:
Attachment
2019-04-10 - 2:28:22 PM GMT

Widget filled in by Kenneth Wang (ken.wang@twwcorp.com)
2019-04-10 - 2:28:22 PM GMT- IP address: 38.104.61.14

(User email address provided through API User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/73.0.3683.86 Safari/537.36)
2019-04-10 - 2:28:24 PM GMT- IP address: 38.104.61.14

Signed document emailed to Kenneth Wang (ken.wang@twwcorp.com) and Sears Claims (searsclaims@primeclerk.com)
2019-04-10 - 2:28:24 PM GMT