**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION, | |
| **Plaintiff,** | Case No. 2:19-cv-00092-JRG-RSP |
| v. | LEAD CASE |
| ACADEMY, LTD d/b/a ACADEMY SPORTS + OUTDOORS, | |
| **Defendant**. | |
| ACE HARDWARE CORPORATION, | Case No. 2:19-cv-00093-JRG-RSP |
| AMAZON.COM, INC., AMAZON.COM LLC, | Case No. 2:19-cv-00094-JRG-RSP |
| BED BATH & BEYOND INC., | Case No. 2:19-cv-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | Case No. 2:19-cv-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | Case No. 2:19-cv-00097-JRG-RSP |
| HOME DEPOT PRODUCT AUTHORITY, LLC, HOME DEPOT U.S.A., INC., | Case No. 2:19-cv-00098-JRG-RSP |
| MACY'S RETAIL HOLDINGS, INC., MACY'S.COM, LLC, | Case No. 2:19-cv-00099-JRG-RSP |
| TARGET CORPORATION, | Case No. 2:19-cv-00100-JRG-RSP |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, TRANSFORM SR LLC, AND TRANSFORM KM LLC, | Case No. 2:20-cv-00006-JRG-RSP |
| | CONSOLIDATED CASES |
| **Defendants.** | |

**<u>JOINT NOTICE RE AGREEMENTS REACHED IN MEET AND CONFER</u>**

Plaintiff Team Worldwide Corporation ("Plaintiff") and Defendants Academy, Ltd. d/b/a Academy Sports + Outdoors ("Academy"); Ace Hardware Corporation ("Ace"); Amazon.com, Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Home Depot Product Authority, LLC; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Target Corporation, and  Sears, Roebuck and Co., Sears Holdings Corp., Transform SR LLC and Transform KM LLC (collectively, "Defendants") (collectively the "Parties") respectfully submit the results of their continued meet and confer on pretrial issues.

In addition to the parties already agreed motions in limine (see Dkt. No. 377), TWW has agreed to withdraw its MIL No. 15.  The parties are still discussing reductions in exhibits and deposition designations.

Date: April 9, 2021                                              Respectfully submitted,

/s/   Korula T. Cherian                                      /s/ Andrew M. McCoy
Corrine Saylor Davis                                         **Faegre Drinker Biddle & Reath LLP**
J. Michael Woods                                             R. Trevor Carter (admitted in E.D. Texas)
Jane Inkyung Shin                                            trevor.carter@faegredrinker.com
**RuyakCherian LLP**                                         Andrew M. McCoy (admitted in E.D. Texas)
1901 L St. NW, Suite 700                                     andrew.mccoy@faegredrinker.com
Washington, DC 20036                                         Reid E. Dodge (admitted in E.D. Texas)
Telephone: (202) 838-1560                                    reid.dodge@faegredrinker.com
corrinesd@ruyakcherian.com                                   300 N. Meridian St., Suite 2500
janes@ruyakcherian.com                                       Indianapolis, IN 46204
michaelw@ruyakcherian.com                                    (317) 237-0300 (telephone)
                                                             (317) 237-1000 (facsimile)
Korula T. Cherian                                            Lauren M.W. Steinhaeuser (admitted in E.D.
Robert Harkins                                               Texas)
**RuyakCherian LLP**                                         lauren.steinhaeuser@faegredrinker.com
1936 University Ave., Ste. 350                               90 S. Seventh St., Suite 2200
Berkeley, CA 94702                                           Minneapolis, MN 55402
Telephone: (510) 944-0190                                    (612) 766-7000 (telephone)
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com                                        *Counsel for Defendants Academy, Ltd d/b/a*
                                                             *Academy Sports + Outdoors; Ace Hardware*
Elizabeth L. DeRieux                                         *Corporation; Dick's Sporting Goods, Inc.;*

1

State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

*Counsel for Plaintiff Team Worldwide Corporation*

*Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*

Charles Everingham IV
State Bar No. 00787447
**Ward Smith & Hill, PLLC**
P.O. Box 1231
Longview, TX 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
Email: ce@wsfirm.com

*Counsel for Defendants Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*

/s/ Steven A. Caloiaro
Dickinson wright PLLC
John S. Artz
jsartz@dickinsonwright.com
350 S. Main St., Suite 300
Ann Arbor, MI 48104
(734) 623-7075
Steven A. Caloiaro
scaloiaro@dickinsonwright.com
100 W. Liberty St., Suite 940
Reno, NV 8951
(775) 343-7500

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors and Target Corporation*
/s/ Robert T. Cruzen
Robert T. Cruzen
Klarquist Sparkman LLP
One World Trade Center
121 SW Salmon St., Suite 1600
Portland, OR 97204

2

*Counsel for Defendants Amazon.com, Inc. and Amazon.com LLC*

*/s/ Gregory J. Carlin*
John W. Harbin
Gregory J. Carlin
Walter Hill Levie III
**Meunier Carlin & Curfman LLC**
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309
*Counsel for Defendants Bed Bath & Beyond Inc.; Costco Wholesale Corporation; and Macy's Retail Holdings, Inc. and Macy's.com, LLC*

Michael C. Smith
State Bar No. 18650410
Siebman, Forrest, Burg & Smith, LLP
113 E. Austin St.
Marshall, TX 75671
Office: 903-938-8900
michael.smith@siebman.com

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com, Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; and Target Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of April 2021 with a copy of this document via CM/ECF.


Respectfully submitted,

By: <u>*Korula T. Cherian*</u>


## <u>CERTIFICATE OF CONFERENCE</u>

I hereby certify that counsel of record for the parties met and conferred on pretrial matters on March 5, 2021, and have continued to confer through several subsequent emails and telephone calls.  The parties were able to reach agreement on the matters described above.


<u>*/s/ Korula T. Cherian*</u>