# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION | § § | |
| v. | § § | Case No. 2:19-CV-0092-JRG-RSP |
| ACADEMY, LTD D/B/A ACADEMY SPORTS + OUTDOORS | § § § | |

**Final Pretrial Conference**
**MAG. JUDGE ROY PAYNE PRESIDING**
May 6-7, 2021

**OPEN: 5/6/21 1:30 pm**                                          **ADJOURN: 5/7/21 10:50 am**

| | |
|---|---|
| ATTORNEYS FOR PLAINTIFF: | See attached |
| ATTORNEY FOR DEFENDANTS: | See attached |
| LAW CLERK: | Daniel Shuminer |
| COURT REPORTER: | Shea Sloan |
| COURTROOM DEPUTY: | Becky Andrews |

Court opened. Case called. Elizabeth DeRieux announced ready for plaintiff and introduced co-counsel. Wes Hill announced ready for defendants.

On the agenda today are the objections to exhibits and objections to deposition designations that might be used on the first day of trial.

The Court suggested to first hearing objections to exhibits regarding defendant, Target. Elizabeth DeRieux and Wes Hill responded.

Mark Mann brought up an issue regarding the Motion for Clarification (Dkt No. 396). Wes Hill stated defendants' position. Defendants' will file a response to the motion by May 17th. The Court then heard argument from Robert Harkins. Trevor Carter responded. The Court took the motion under advisement.

The Court then heard argument on Defendants' objections to Plaintiff's Common Trial Exhibit List. Drew McCoy, Steven Caloiaro, Lauren Steinhaeuser, Bethany Mihalik, Trevor Carter, Trey Levie argued for defendants. Michael Woods and Robert Harkins responded for plaintiff. The Court made rulings.

This hearing will be continued until morning at 9:00 am.

**Friday, May 7, 2021**
**OPEN:   9:00 am**

The Court reviewed the Motion for Clarification and will issue an Order accordingly.  Mr. Harkin responded.

The parties continued arguing objections to Plaintiff's exhibits.  Rob Cruzen also argued for defendants.

The Court then heard argument on Plaintiff's objections to Defendants' exhibits.  Michael Woods argued for plaintiff.  Lauren Steinhaeuser and Steven Caloiaro argued for defendants.  The Court made rulings.

The parties were instructed to update their exhibits lists and exchange for approval and file the lists by May 12, 2021.

Mr. Harkins informed the Court the about deposition disputes regarding Tony Wang such as the order and manner of the presentation. Wes Hill responded. The Court ruled.

The parties were instructed to deliver the jury notebooks on May 12, 2021 by 12:00 noon.