IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY, LTD D/B/A ACADEMY SPORTS + OUTDOORS,<br><br>Defendant. | Case No. 2:19-cv-92-JRG-RSP<br><br>LEAD CASE |
| ACE HARDWARE CORPORATION, | Case No. 2:19-cv-00093-JRG-RSP |
| AMAZON.COM, INC, AMAZON.COM LLC, | Case No. 2:19-cv-00094-JRG-RSP |
| BED BATH & BEYOND INC., | Case No. 2:19-cv-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | Case No. 2:19-cv-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | Case No. 2:19-cv-00097-JRG-RSP |
| THE HOME DEPOT, INC., | Case No. 2:19-cv-00098-JRG-RSP |
| MACY'S RETAIL HOLDINGS, INC., MACY'S.COM, LLC, | Case No. 2:19-cv-00099-JRG-RSP |
| TARGET CORPORATION, | Case No. 2:19-cv-00100-JRG-RSP |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, TRANSFORM SR LLC, AND TRANSFORM KM LLC,<br><br>Defendants. | Case No. 2:20-cv-00006-JRG-RSP<br><br>CONSOLIDATED CASES |

**JOINT MOTION TO RESET TRIAL DATE**

Plaintiff Team Worldwide Corporation ("TWW") and Defendants Academy, Ltd. d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com, Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Home Depot Product Authority, LLC; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Target Corporation ("Target"); and Sears, Roebuck and Co., Sears Holdings Corp., Transform SR LLC and Transform KM LLC (collectively, "Defendants") (collectively the "Parties") respectfully provide the information below with respect to the Court's order setting jury selection as June 3, 2021 for *Team Worldwide Corporation v. Target Corporation*, Case No. 2:19-cv-00100. The Parties provide this information for the Court's consideration in scheduling trials assigned a June 3 jury selection.  In view of the conflicts on both sides, the Parties request the Court reset jury selection and trial to a later date.

**Conflicts Common to Both Sides**

June 7, 2021.  Mr. Trevor Carter, one of the lead counsel for Defendants, and Mr. Robert Harkins, a senior member of TWW's trial team, have a Federal Circuit telephonic oral argument in *Team Worldwide Corporation v. Intex Recreation Corp.*, CAFC-20-1975 on June 7, 2021 beginning at 9:00 AM Central.

**TWW**

Dr. Stephen Becker, TWW's damages expert, is testifying in the trials listed below from June 2 through June 18, 2021:

- June 2-4, 2021.  *Anderson Living Trust v ConocoPhillips*, Case No. 1:2012-cv-00039, Class Certification Hearing in the U.S. District Court for the District of New

1

Mexico.

- June 4-18, 2021. *Finjan Inc. v. Cisco, Inc.*, Case No. 5:17-cv-00072, in the U.S. District Court for the Northern District of California (San Jose)

May 26 – June 5, 2021.  For Mr. Mark Mann, TWW's local counsel and a senior member of the TWW trial team, his wife is having a medical procedure in Dallas, Texas on May 26th which requires him to remain home to care for her from May26th to June 5th. During a convalescent period at home Mr. Mann will be the primary caretaker in the home for the 10 days post procedure.

**Defendants**

June 7-11, 2021.  Mr. Todd Schoettelkotte[1], Target's damages expert, is set to testify the week of June 7th in *Pierce Manufacturing et al v. E-One, Inc. et al.*, Case No. 8:18-cv-617-JSM-TGW, in the U.S. District Court for the Middle District of Florida.

Subject to the Court's approval and further guidance, the Parties will continue to meet and confer to provide the Parties' availability for trial.

Date: May 11, 2021

Respectfully submitted,

| | |
|---|---|
| */s/   Korula T. Cherian* | */s/ Andrew M. McCoy* |
| Korula T. Cherian | **Faegre Drinker Biddle & Reath LLP** |
| Robert Harkins | R. Trevor Carter (admitted in E.D. Texas) |
| **RuyakCherian LLP** | trevor.carter@faegredrinker.com |
| 1936 University Ave., Ste. 350 | Andrew M. McCoy (admitted in E.D. Texas) |
| Berkeley, CA 94702 | andrew.mccoy@faegredrinker.com |
| Telephone: (510) 944-0190 | Reid E. Dodge (admitted in E.D. Texas) |

---

[1] Mr. Schoettelkotte is the damages expert for all Defendants.

2

sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Robert F. Ruyak
Corrine Saylor Davis
J. Michael Woods
Jane Inkyung Shin
Robert Ruyak
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560
robertr@ruyakcherian.com
corrinesd@ruyakcherian.com
janes@ruyakcherian.com
michaelw@ruyakcherian.com

Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

Mark Mann
Blake Thompson
**Mann | Tindel | Thompson**
300 West Main
Henderson, TX 75652
Office 903-657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Plaintiff Team Worldwide Corporation*

reid.dodge@faegredrinker.com
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
(317) 237-0300 (telephone)
(317) 237-1000 (facsimile)
Lauren M.W. Steinhaeuser (admitted in E.D. Texas)
lauren.steinhaeuser@faegredrinker.com
90 S. Seventh St., Suite 2200
Minneapolis, MN 55402
(612) 766-7000 (telephone)

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*

Charles Everingham IV
State Bar No. 00787447
**Ward Smith & Hill, PLLC**
P.O. Box 1231
Longview, TX 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
Email: ce@wsfirm.com

*Counsel for Defendants Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*

*/s/ Steven A. Caloiaro*
Dickinson wright PLLC
John S. Artz
jsartz@dickinsonwright.com
350 S. Main St., Suite 300
Ann Arbor, MI 48104
(734) 623-7075
Steven A. Caloiaro

3

scaloiaro@dickinsonwright.com
100 W. Liberty St., Suite 940
Reno, NV 8951
(775) 343-7500

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors and Target Corporation*

/s/ *Robert T. Cruzen*
Robert T. Cruzen
Klarquist Sparkman LLP
One World Trade Center
121 SW Salmon St., Suite 1600
Portland, OR 97204

*Counsel for Defendants Amazon.com, Inc. and Amazon.com LLC*

/s/ *John W. Harbin*
John W. Harbin
Gregory J. Carlin
Walter Hill Levie III
**Meunier Carlin & Curfman LLC**
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309
*Counsel for Defendants Bed Bath & Beyond Inc.; Costco Wholesale Corporation; and Macy's Retail Holdings, Inc. and Macy's.com, LLC*

Michael C. Smith
State Bar No. 18650410
Siebman, Forrest, Burg & Smith, LLP
113 E. Austin St.
Marshall, TX 75671
Office: 903-938-8900
michael.smith@siebman.com

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com, Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; and Target Corporation*

4

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 11th day of May 2021 with a copy of this document via CM/ECF.

Respectfully submitted,

By: *Korula T. Cherian*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel of record for the parties met and conferred on May 11, 2021. The parties were able to reach agreement on the matters described above.

*/s/ Korula T. Cherian*