**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION, | |
| **Plaintiff,** | |
| v. | Case No. 2:19-cv-00092-JRG-RSP |
| ACADEMY, LTD d/b/a ACADEMY SPORTS + OUTDOORS, | LEAD CASE |
| **Defendant**. | |
| ACE HARDWARE CORPORATION, | Case No. 2:19-cv-00093-JRG-RSP |
| AMAZON.COM, INC., AMAZON.COM LLC, | Case No. 2:19-cv-00094-JRG-RSP |
| BED BATH & BEYOND INC., | Case No. 2:19-cv-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | Case No. 2:19-cv-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | Case No. 2:19-cv-00097-JRG-RSP |
| HOME DEPOT PRODUCT AUTHORITY, LLC, HOME DEPOT U.S.A., INC., | Case No. 2:19-cv-00098-JRG-RSP |
| MACY'S RETAIL HOLDINGS, INC., MACY'S.COM, LLC, | Case No. 2:19-cv-00099-JRG-RSP |
| TARGET CORPORATION, | Case No. 2:19-cv-00100-JRG-RSP |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, TRANSFORM SR LLC, AND TRANSFORM KM LLC, | Case No. 2:20-cv-00006-JRG-RSP CONSOLIDATED CASES |
| **Defendants.** | |

<u>**PLAINTIFF TEAM WORLDWIDE CORPORATION'S UNOPPOSED MOTION TO EXPEDITE BRIEFING REGARDING OBJECTIONS TO MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT. NO. 393)**</u>

Plaintiff Team Worldwide Corporation ("TWW") hereby moves the Court to order expedited briefing on the parties' objections to the Magistrate Judge's Report and Recommendation (Dkt. No. 393, "R&R"). The parties met and conferred regarding the expedited briefing sought in this motion and Defendant agrees with the relief sought by TWW.

Both parties filed objections to the R&R on May 11, 2021 (see Dkt Nos. 411-414 and 416). Expedited briefing on the parties' objections is necessary in order to resolve these issues prior to trial in this case which is currently set for June 3, 2021.

Accordingly, TWW seeks an order from the Court that the parties file any oppositions to the parties' objections to the R&R by 12:00 PM Central on Monday May 17, 2021. No further briefing regarding the parties' objections is permitted.

For the foregoing reasons, TWW respectfully requests that the Court grant TWW the requested relief.

Respectfully Submitted,

Date: May 12, 2021

/s/  Korula T. Cherian
Korula T. Cherian
Robert Harkins
**RuyakCherian  LLP**
1936 University Ave., Suite 350
Berkeley, CA 94702
Telephone: (510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Robert F. Ruyak
Corrine Saylor Davis
J. Michael Woods
Jane Inkyung Shin
**RuyakCherian  LLP**
1901 L St. NW, Suite 700
Washington,  DC 20036
Telephone: (202) 838-1560
corrinesd@ruyakcherian.com
michaelw@ruyakcherian.com
janes@ruyakcherian.com

Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

Mark Mann
Blake Thompson
**Mann | Tindel | Thompson**
300 West Main
Henderson, TX 75652
Office 903-657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Plaintiff Team Worldwide
Corporation*

## CERTIFICATE  OF SERVICE

I hereby certify that on the 12th day of May 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will automatically notify all registered counsel of record.

/s/ Korula T. Cherian
Counsel for Plaintiff Team
Worldwide Corporation

## CERTIFICATE  OF CONFERENCE

I hereby certify that counsel of record for the parties met and conferred on May 10, 2021 by telephone and on May 11, 2021 by email.  The parties were able to reach agreement on the matters described above.

/s/ Korula T. Cherian