# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION<br>*Plaintiff*,<br><br>v.<br><br>ACADEMY, LTD d/b/a ACADEMY SPORTS + OUTDOORS,<br><br>*Defendant*. | § § § § § § § § § § | Case No. 2:19-cv-00092-JRG-RSP<br>(LEAD CASE) |
| ACE HARDWARE CORPORATION,<br><br>*Defendant*. | § § § § | Case No. 2:19-cv-00093-JRG-RSP<br>(MEMBER CASE) |
| AMAZON.COM, INC. and AMAZON.COM LLC,<br><br>*Defendants*. | § § § § § | Case No. 2:19-cv-00094-JRG-RSP<br>(MEMBER CASE) |
| BED BATH & BEYOND INC.,<br><br>*Defendant*. | § § § § | Case No. 2:19-cv-00095-JRG-RSP<br>(MEMBER CASE) |
| COSTCO WHOLESALE CORPORATION,<br><br>*Defendant*. | § § § § § | Case No. 2:19-cv-00096-JRG-RSP<br>(MEMBER CASE) |
| DICK'S SPORTING GOODS, INC.,<br><br>*Defendant*. | § § § § | Case No. 2:19-cv-00097-JRG-RSP<br>(MEMBER CASE) |
| THE HOME DEPOT, INC.,<br><br>*Defendant*. | § § § § | Case No. 2:19-cv-00098-JRG-RSP<br>(MEMBER CASE) |
| MACY'S, INC. and MACY'S.COM, LLC,<br><br>*Defendants*. | § § § § | Case No. 2:19-cv-00099-JRG-RSP<br>(MEMBER CASE) |

|  |  |  |
|---|---|---|
| TARGET CORPORATION AND TARGET BRANDS, INC., | § § § § | Case No. 2:19-cv-00099-JRG-RSP (MEMBER CASE) |
| *Defendants*. | § |  |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, and TRANSFORM SR LLC, TRANSFORM KM LLC, | § § § § § § | Case No. 2:20-cv-00006-JRG-RSP (MEMBER CASE) |
| *Defendants*. | § |  |

## ORDER

Before the Court is the Joint Motion to Extend Deadline for Filing Final Exhibit Lists ("Motion"), filed by Plaintiff Team Worldwide Corporation ("TWW") and Defendants Academy, Ltd. d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com, Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Home Depot Product Authority, LLC; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Target Corporation; and Sears, Roebuck and Co., Sears Holdings Corp., Transform SR LLC and Transform KM LLC (collectively, "Defendants") (collectively, the "Parties"). Dkt. No. 423.

After consideration, the Court **GRANTS** the Motion. It is **ORDERED** that the deadline for the Parties to submit their respective final exhibit lists is extended to and includes May 15, 2021.

**SIGNED this 13th day of May, 2021.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE