# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION<br>*Plaintiff*,<br><br>v.<br><br>ACADEMY, LTD d/b/a ACADEMY SPORTS + OUTDOORS,<br><br>*Defendant*. | § § § § § § § § § § | Case No. 2:19-cv-00092-JRG-RSP<br>(LEAD CASE) |
| ACE HARDWARE CORPORATION,<br><br>*Defendant*. | § § § § | Case No. 2:19-cv-00093-JRG-RSP<br>(MEMBER CASE) |
| AMAZON.COM, INC. and AMAZON.COM LLC,<br><br>*Defendants*. | § § § § § | Case No. 2:19-cv-00094-JRG-RSP<br>(MEMBER CASE) |
| BED BATH & BEYOND INC.,<br><br>*Defendant*. | § § § § § | Case No. 2:19-cv-00095-JRG-RSP<br>(MEMBER CASE) |
| COSTCO WHOLESALE CORPORATION,<br><br>*Defendant*. | § § § § § § | Case No. 2:19-cv-00096-JRG-RSP<br>(MEMBER CASE) |
| DICK'S SPORTING GOODS, INC.,<br><br>*Defendant*. | § § § § § | Case No. 2:19-cv-00097-JRG-RSP<br>(MEMBER CASE) |
| THE HOME DEPOT, INC.,<br><br>*Defendant*. | § § § § § | Case No. 2:19-cv-00098-JRG-RSP<br>(MEMBER CASE) |
| MACY'S, INC. and MACY'S.COM, LLC,<br><br>*Defendants*. | § § § § § | Case No. 2:19-cv-00099-JRG-RSP<br>(MEMBER CASE) |

|  |  |  |
|---|---|---|
| TARGET CORPORATION AND TARGET BRANDS, INC., | § § § § § | Case No. 2:19-cv-00099-JRG-RSP (MEMBER CASE) |
| *Defendants*. | | |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, and TRANSFORM SR LLC, TRANSFORM KM LLC, | § § § § § § § | Case No. 2:20-cv-00006-JRG-RSP (MEMBER CASE) |
| *Defendants*. | | |

## ORDER

Before the Court is the Claim Construction Memorandum and Order of Magistrate Judge Payne dated November 30, 2020. (Dkt. No. 177.) Defendants Academy, Ltd. d/b/a Academy Sports + Outdoors, Ace Hardware Corporation, Amazon.com, Inc., Amazon.com LLC, Bed Bath & Beyond Inc., Costco Wholesale Corporation, Dick's Sporting Goods, Inc., Home Depot Product Authority, LLC, Home Depot U.S.A., Inc., Macy's Retail Holdings, Inc., Macys.com, LLC, Target Corporation, Sears, Roebuck and Co., Sears Holdings Corporation, Transform SR LLC, and Transform KM LLC (collectively, the "Defendants") filed objections to the Claim Construction Memorandum and Order. (Dkt. No. 190.) Plaintiff Team Worldwide subsequently responded. (Dkt. No. 199.)

After reviewing the Claim Construction and the Defendants' objections, the Court concludes that the objections are unpersuasive and agrees with the reasoning provided within the Claim Construction Order. The Court therefore **OVERRULES** the Defendants' objections and **ADOPTS** the Claim Construction Memorandum and Order.

**So ORDERED and SIGNED this 18th day of May, 2021.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE