IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | CASE NO. 2:19-cv-00092-JRG-RSP |
| | § | **LEAD CASE** |
| ACADEMY, LTD d/b/a ACADEMY | § | |
| SPORTS + OUTDOORS | § | |
|     *Defendants.* | § | |

## REPORT OF MEDIATION

The above-captioned case was mediated via Zoom video conference and in-person by David Folsom on Friday, May 21, 2021, between Plaintiff, Team Worldwide Corporation, and Defendants, Home Depot Product Authority, LLC, Home Depot U.S.A., Inc., Ace Hardware Corporation, Amazon.com, Inc., Amazon.com LLC, Bed Bath & Beyond Inc., Costco Wholesale Corporation, Dick's Sporting Goods, Inc., Macys.com, LLC, Macy's Retail Holdings, Inc., Target Corporation, Sears, Roebuck and Co., Sears Holdings Corporation, Transform SR LLC, Transform KM LLC.  The mediation session has been suspended.  The undersigned mediator will continue to work with the parties in an effort to settle.

Signed this 24th day of May 2021.

    */s/  David Folsom*
    David Folsom
    TXBN: 07210800
    JACKSON WALKER, LLP
    6002-B Summerfield Drive
    Texarkana, Texas  75503
    Telephone: (903) 255-3250
    Facsimile:  (903) 255-3265
    E-mail:  dfolsom@jw.com

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on this 24th day of May 2021.  As such, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                                                  */s/ David Folsom*
                                                  David Folsom