# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION, | |
| Plaintiff, | Case No. 2:19-cv-92-JRG-RSP |
| v. | LEAD CASE |
| ACADEMY, LTD D/B/A ACADEMY SPORTS + OUTDOORS, | |
| Defendant. | |
| ACE HARDWARE CORPORATION, | Case No. 2:19-cv-00093-JRG-RSP |
| AMAZON.COM, INC, AMAZON.COM LLC, | Case No. 2:19-cv-00094-JRG-RSP |
| BED BATH & BEYOND INC., | Case No. 2:19-cv-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | Case No. 2:19-cv-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | Case No. 2:19-cv-00097-JRG-RSP |
| THE HOME DEPOT, INC., | Case No. 2:19-cv-00098-JRG-RSP |
| MACY'S RETAIL HOLDINGS, INC., MACY'S.COM, LLC, | Case No. 2:19-cv-00099-JRG-RSP |
| TARGET CORPORATION, | Case No. 2:19-cv-00100-JRG-RSP |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, TRANSFORM SR LLC, AND TRANSFORM KM LLC, | Case No. 2:20-cv-00006-JRG-RSP |
| | CONSOLIDATED CASES |
| Defendants. | |

**PLAINTIFF TEAM WORLDWIDE CORPORATION'S NOTICE REGARDING CONFLICTS WITH TRIAL DATE**

Plaintiff Team Worldwide Corporation ("TWW") respectfully provides the information below with respect to the Court's order setting jury selection as July 7, 2021 for *Team Worldwide Corporation v. Target Corporation*, Case No. 2:19-cv-00100:

- <u>July 7-16, 2021</u>. Dr. Stephen Becker, TWW's damages expert, is testifying in an American Arbitration Association (AAA) arbitration on behalf of NantPharma LLC in Los Angeles, California. Dr. Becker has been told by counsel in this matter that he will testify remotely and that he is presently expected to testify on July 7 or 8, 2021, but those dates are not firm and subject to change.

TWW provides this information for the Court's consideration in scheduling trials assigned a July 7 jury selection.

Date: June 4, 2021

Respectfully submitted,

<u>/s/  Korula T. Cherian</u>
Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave., Ste. 350
Berkeley, CA 94702
Telephone: (510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Robert F. Ruyak
Corrine Saylor Davis
J. Michael Woods
Jane Inkyung Shin
Robert Ruyak
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560

1

robertr@ruyakcherian.com
corrinesd@ruyakcherian.com
janes@ruyakcherian.com
michaelw@ruyakcherian.com

Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

Mark Mann
Blake Thompson
**Mann | Tindel | Thompson**
300 West Main
Henderson, TX 75652
Office 903-657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Plaintiff Team Worldwide Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 4th day of June 2021 with a copy of this document via CM/ECF.

By: *Korula T. Cherian*