# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION, | § § § § | |
| *Plaintiff*, | | |
| v. | § § § | CIV. A. NO.  2:19-CV-00092-JRG-RSP (LEAD CASE) |
| ACADEMY, LTD D/B/A ACADEMY SPORTS + OUTDOORS, | § § § | |
| ACE HARDWARE CORPORATION, | § § | CIV. A. NO.  2:19-CV-00093-JRG-RSP |
| AMAZON.COM, INC., AMAZON.COM LLC, | § § § | CIV. A. NO.  2:19-CV-00094-JRG-RSP |
| BED BATH & BEYOND INC., | § § | CIV. A. NO.  2:19-CV-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | § § | CIV. A. NO.  2:19-CV-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | § § | CIV. A. NO.  2:19-CV-00097-JRG-RSP |
| HOME DEPOT PRODUCT AUTHORITY, LLC, HOME DEPOT U.S.A., INC., | § § § | CIV. A. NO.  2:19-CV-00098-JRG-RSP |
| MACY'S RETAIL HOLDINGS, INC., MACY'S.COM, LLC, | § § § | CIV. A. NO.  2:19-CV-00099-JRG-RSP |
| TARGET CORPORATION, | § § | CIV. A. NO.  2:19-CV-00100-JRG-RSP |
| SEARS ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, TRANSFORM SR LLC, AND TRANSFORM KM LLC, | § § § § § | CIV. A. NO.  2:20-CV-00006-JRG-RSP (MEMBER CASES) |
| *Defendants*. | § | |

# **ORDER**

Before the Court is the Unopposed Motion for Leave to File Reply and Surreply Regarding

Defendants' Objections to Pre-Admission of PTX-COM-240, -241, -302 (the "Motion") filed by

Defendants Academy, Ltd. d/b/a Academy Sports + Outdoors, Ace Hardware Corporation,

Amazon.com, Inc., Amazon.com LLC, Bed Bath & Beyond Inc., Home Depot Product Authority, LLC, Macy's Retail Holdings, Inc., Macy's.com, LLC, Target Corporation, Sears Roebuck and Co., Sears Holdings Corp., Transform SR LLC, and Transform KM LLC (collectively, "Defendants"). (Dkt. No. 450). In the Motion, Defendants seek permission to file a three-page reply brief in support of their Objections to Pre-Admission of PTX-COM-240, -241, and -302 (Dkt. No. 414) in light of a subsequent Order issued by Magistrate Judge Payne regarding relevant Motions *in Limine* (Dkt. No. 439). (*See id.*). Plaintiff Team Worldwide Corporation ("Plaintiff") does not oppose the Motion on the condition that it be permitted to file a sur-reply brief of equal length by June 11, 2021. (*Id*. at 2).

Having considered the Motion, and in light of its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. It is **ORDERED** that Defendants are permitted to file a reply brief of no more than **three (3) pages** in support of their Objections to Pre-Admission of PTX-COM-240, -241, and -302. It is further **ORDERED** that Plaintiff is permitted to file a sur-reply brief of no more than **three (3) pages** by or before **June 11, 2021**.

**So Ordered this**
**Jun 8, 2021**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE