# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION, | |
| Plaintiff, | Case No. 2:19-cv-92-JRG-RSP |
| v. | LEAD CASE |
| ACADEMY, LTD D/B/A ACADEMY SPORTS + OUTDOORS, | |
| Defendant. | |
| ACE HARDWARE CORPORATION, | Case No. 2:19-cv-00093-JRG-RSP |
| AMAZON.COM, INC, AMAZON.COM LLC, | Case No. 2:19-cv-00094-JRG-RSP |
| BED BATH & BEYOND INC., | Case No. 2:19-cv-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | Case No. 2:19-cv-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | Case No. 2:19-cv-00097-JRG-RSP |
| THE HOME DEPOT, INC., | Case No. 2:19-cv-00098-JRG-RSP |
| MACY'S, INC., MACY'S.COM, LLC, | Case No. 2:19-cv-00099-JRG-RSP |
| TARGET CORPORATION, and TARGET BRANDS, INC., | Case No. 2:19-cv-00100-JRG-RSP |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, and TRANSFORM HOLDCO LLC, | Case No. 2:20-cv-00006-JRG-RSP |
| Defendants. | CONSOLIDATED CASES |

**<u>DEFENDANTS' NOTICE OF RELATED FEDERAL CIRCUIT DECISION</u>**

Plaintiff Team Worldwide Corp. ("TWW") asserted claims 1, 7, and 11-14 of U.S. Patent No. 9,211,018 (the "'018 Patent")—the only patent currently asserted—in ten separate cases. (*See, e.g.,* Dkt. No. 1, ¶ 27.) These cases were consolidated for pretrial purposes. (*See* Dkt. Nos. 24, 34.) The Court ordered that the case against the Target Defendants will be tried first (Dkt. No. 375), and is currently set to begin on July 7, 2021.

Today, in deciding the Petitioners' appeal from the Final Written Decision of the '018 Patent, the Federal Circuit determined that "Intex satisfied its burden of proving obviousness" of claims 1, 7, and 11-14 of the '018 Patent in *Intex Recreation Corp. et al. v. Team Worldwide Corp.*, Appeal No. 2020-1144 (appeal from IPR Case No. IPR2018-00859). (Ex. 1 ["Federal Circuit Decision"], at p. 13.) In reaching this conclusion, the Federal Circuit explained:

> Intex's argument regarding its proposed modification showed that Parienti was **already close** to the challenged claims, and **only a slight change was needed to satisfy the broadest reasonable interpretation of "wholly or partially" recessing a pump**. This showing, together with Intex's showing that numerous references since the late 1800s illustrated prior artisans' intuitive desire to recess pumps to save space, **satisfied Intex's burden**. **The Board erred in concluding to the contrary.**

(*Id.*, p. 12 (emphases added).) As a result, the Federal Circuit "vacate[d] the Board's determination that claims 1, 5, 7, and 11–14 are not unpatentable based on grounds 5 and 6," and "remand[ed] for further proceedings consistent with this opinion." (*Id.*, p. 13.) The Federal Circuit's decision impacts every claim of the '018 Patent currently asserted in this matter.

On remand, the Federal Circuit instructed the Board to evaluate TWW's secondary considerations of nonobviousness, which the Board declined to initially evaluate "on the grounds that [it was] not necessary in light of [the Board's prior] determinations." (*Id*.) The Board previously evaluated and rejected nearly identical evidence of secondary considerations of nonobviousness from TWW in related IPR proceedings involving another patent that was

originally asserted in TWW's complaint in this matter. (Ex. 2, p. 95; *see also id.*, pp. 70-94; Ex. 3, p. 87; *see also id.*, pp. 61-86; Ex. 4, p. 88; *see also id.*, pp. 62-87.)

Defendants intend to file a motion to stay in view of the Federal Circuit Decision in short order but wanted to advise the Court of today's decision promptly. Defendants are mindful of the timing of the first trial involving the Target Defendants and its potential impact on the Court's upcoming schedule, including the other nine cases related to the Target case.

Dated: June 21, 2021  Respectfully submitted,

 /s/ Reid E. Dodge
Charles Everingham IV
State Bar No. 00787447
**WARD SMITH & HILL, PLLC**
P.O. Box 1231
Longview, TX  75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
Email: ce@wsfirm.com

*Counsel for Defendants Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*

**FAEGRE DRINKER BIDDLE & REATH LLP**
R. Trevor Carter (admitted in E.D. Texas)
trevor.carter@faegredrinker.com
Andrew M. McCoy (admitted in E.D. Texas)
andrew.mccoy@faegredrinker.com
Reid E. Dodge (admitted in E.D. Texas)
reid.dodge@faegredrinker.com
300 N. Meridian St., Suite 2500
Indianapolis, IN  46204
(317) 237-0300 (telephone)
(317) 237-1000 (facsimile)

Lauren M.W. Steinhaeuser (admitted in E.D. Texas)
lauren.steinhaeuser@faegredrinker.com
90 S. Seventh St., Suite 2200

        Minneapolis, MN 55402
        (612) 766-7000 (telephone)

        Bethany N. Mihalik (admitted in E.D. Texas)
        bethany.mihalik@faegredrinker.com
        1500 K Street NW, Suite 1100
        Washington, DC 20005
        Tel: 202-312-7440

        *Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*

/s/ Steven A. Caloiaro (with permission)
        **DICKINSON WRIGHT PLLC**
        John S. Artz
        jsartz@dickinsonwright.com
        350 S. Main St., Suite 300
        Ann Arbor, MI 48104
        (734) 623-7075

        Steven A. Caloiaro
        scaloiaro@dickinsonwright.com
        100 W. Liberty St., Suite 940
        Reno, NV 8951
        (775) 343-7500

        Peter E. Doyle
        pdoyle@dickinsonwright.com
        2600 W. Big Beaver Rd., Suite 300
        Troy, MI 48084-3312
        (248) 205-5978

        *Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors and Target Corporation*

/s/ Robert T. Cruzen (with permission)
        Robert T. Cruzen
        **KLARQUIST SPARKMAN LLP**
        One World Trade Center
        121 SW Salmon St., Suite 1600


Portland, OR 97204
*Counsel for Defendants Amazon.com, Inc. and Amazon.com LLC*

  /s/ Walter Hill Levie III (with permission)
John W. Harbin
Gregory J. Carlin
Walter Hill Levie III
**MEUNIER CARLIN & CURFMAN LLC**
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309

*Counsel for Defendants Amazon.com, Inc. and Amazon.com, LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Macy's Retail Holdings, Inc. and Macy's.com, LLC; and Target Corporation*

Michael C. Smith
State Bar No. 18650410
Siebman, Forrest, Burg & Smith, LLP
113 E. Austin St.
Marshall, TX 75671
Office: 903-938-8900
michael.smith@siebman.com

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com, Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; and Target Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on counsel of record, all of whom have consented to electronic service, on June 21, 2021.

                                                /s/ Reid E. Dodge