IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ACADEMY, LTD d/b/a ACADEMY SPORTS + OUTDOORS<br>　　　　Defendants. | Case No. 2:19-cv-00092-JRG-RSP |

### UNOPPOSED MOTION FOR SUBSTITUTION OF LEAD COUNSEL

Plaintiff, Team Worldwide Corporation, ("Plaintiff"), hereby requests that Robert M. Harkins be designated as lead counsel in this matter. Korula T. Cherian was previously designated as lead counsel (Dkt. 5), however Plaintiff requests to substitute Robert M. Harkins as lead counsel. Defendants are unopposed to this request.

Respectfully Submitted:

Dated: June 22, 2021　　　　　　　　By: */s/ Robert M. Harkins*

　　　　　　　　　　　　　　　　　　Korula T. Cherian
　　　　　　　　　　　　　　　　　　Robert Harkins
　　　　　　　　　　　　　　　　　　**RuyakCherian LLP**
　　　　　　　　　　　　　　　　　　1936 University Ave., Suite 350
　　　　　　　　　　　　　　　　　　Berkeley, CA 94704
　　　　　　　　　　　　　　　　　　Telephone: (510) 944-0190
　　　　　　　　　　　　　　　　　　sunnyc@ruyakcherian.com
　　　　　　　　　　　　　　　　　　bobh@ruyakcherian.com

　　　　　　　　　　　　　　　　　　Robert F. Ruyak
　　　　　　　　　　　　　　　　　　J. Michael Woods
　　　　　　　　　　　　　　　　　　**RuyakCherian LLP**
　　　　　　　　　　　　　　　　　　1901 L St. NW, Suite 700
　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　Telephone: (202) 838-1560
　　　　　　　　　　　　　　　　　　robertr@ruyakcherian.com
　　　　　　　　　　　　　　　　　　michaelw@ruyakcherian.com

- 2 -

      Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

Mark Mann
Blake Thompson
**Mann | Tindel | Thompson**
300 West Main
Henderson, TX 75652
Office 903-657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Plaintiff Team Worldwide Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this June 22, 2021 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ *Robert M Harkins*
Robert M. Harkins

## CERTIFICATE OF CONFERENCE

On June 22, 2021, Robert Harkins, counsel for Plaintiff, met and conferred on this motion with Defendants' lead counsel including Reid Dodge.  This motion is not opposed.

/s/ *Robert M Harkins*
Robert M. Harkins