IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>ACADEMY, LTD D/B/A ACADEMY SPORTS + OUTDOORS,<br><br>   Defendant. | Case No. 2:19-cv-92-JRG-RSP<br><br>LEAD CASE |
| ACE HARDWARE CORPORATION, | Case No. 2:19-cv-00093-JRG-RSP |
| AMAZON.COM, INC., AMAZON.COM LLC, | Case No. 2:19-cv-00094-JRG-RSP |
| BED BATH & BEYOND INC., | Case No. 2:19-cv-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | Case No. 2:19-cv-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | Case No. 2:19-cv-00097-JRG-RSP |
| THE HOME DEPOT, INC., | Case No. 2:19-cv-00098-JRG-RSP |
| MACY'S, INC., MACY'S.COM, LLC, | Case No. 2:19-cv-00099-JRG-RSP |
| TARGET CORPORATION, and TARGET BRANDS, INC., | Case No. 2:19-cv-00100-JRG-RSP |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, and TRANSFORM HOLDCO LLC,<br><br>   Defendants. | Case No. 2:20-cv-00006-JRG-RSP<br><br>CONSOLIDATED CASES |

**JOINT MOTION TO STAY PENDING REMANDED IPR**

Plaintiff Team Worldwide Corporation ("TWW") and Defendants Academy, Ltd *d/b/a* Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com, Inc.; Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc.; Home Depot Product Authority, LLC; Macy's Retail Holdings, Inc.; Macy's.com, LLC; Target Corporation; Sears, Roebuck and Co.; Sears Holdings Corporation; Transform SR LLC; and Transform KM LLC (collectively, "Defendants"), subject to the approval of the Court, agree and hereby jointly move to stay the above-captioned ten cases (collectively, the "Cases") pending the outcome of the remand to the Patent Trial and Appeal Board in *Intex Recreation Corp. et al. v. Team Worldwide Corp.*, Case No. IPR2018-00859 (the "Remanded IPR") ordered by the Federal Circuit in *Intex Recreation Corp. et al. v. Team Worldwide Corp.*, Appeal No. 2020-1144 on June 21, 2021. (*See* Dkt. No. 471-1 ["Federal Circuit Opinion"].) In its Opinion, the Federal Circuit determined that petitioner "Intex satisfied its burden of proving obviousness" of claims 1, 7, and 11–14 of the '018 Patent, and thus "vacate[d] the Board's determination that claims 1, 5, 7, and 11–14 are not unpatentable based on grounds 5 and 6," and also that "the Board declined to conduct certain analyses on the grounds that they were not necessary in light of its determination. Specifically, the Board did not address Team Worldwide's evidence regarding objective indicia of non-obviousness, nor did it address whether claim 5 was obvious based on asserted ground 6. Because we hold that Intex satisfied its burden of proving obviousness, we remand for the Board to conduct further proceedings consistent with his [*sic*] opinion, including resolving these two issues that the Board declined to reach." (*Id.*, pp. 12-13.) The Federal Circuit Opinion impacts every claim currently asserted in the Cases.

Given the present circumstances in these Cases, on balance, the relevant factors the Court

customarily considers[1] support a stay of the Cases. The parties respectfully request that the Court enter an order staying the case and requiring that no later than 10 days following the Board's Written Decision in the Remanded IPR, the parties meet and confer and provide a joint status report to the Court, including the position of the parties as to whether the stay shall be lifted or continued.

Dated: June 22, 2021

Respectfully submitted,

*/s/ Robert Harkins (with permission)*
Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave., Suite 350
Berkeley, CA 94702
Telephone: (510) 944-0190
sunnyc@ruyakcherian.com
bobh@ruyakcherian.com

Robert F. Ruyak
J. Michael Woods
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560
michaelw@ruyakcherian.com

Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

Mark Mann
Blake Thompson
**Mann | Tindel | Thompson**

*/s/ Reid E. Dodge*
Charles Everingham IV
State Bar No. 00787447
**WARD SMITH & HILL, PLLC**
P.O. Box 1231
Longview, TX 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
Email: ce@wsfirm.com

*Counsel for Defendants Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*

---

[1] *See, e.g., NFC Techs. LLC v. HTC Am., Inc.*, No. 2:13-cv-1058-WCB, 2015 WL 1069111, at *2 (E.D. Tex. Mar. 11, 2015) (Bryson, J., sitting by designation).

300 West Main
Henderson, TX 75652
Office 903-657-8540
mark@themannfirm.com
blake@themannfirm.com

*Counsel for Plaintiff Team Worldwide Corporation*

**FAEGRE DRINKER BIDDLE & REATH LLP**
R. Trevor Carter (admitted in E.D. Texas)
trevor.carter@faegredrinker.com
Andrew M. McCoy (admitted in E.D. Texas)
andrew.mccoy@faegredrinker.com
Reid E. Dodge (admitted in E.D. Texas)
reid.dodge@faegredrinker.com
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
(317) 237-0300 (telephone)
(317) 237-1000 (facsimile)

Lauren M.W. Steinhaeuser (admitted in E.D. Texas)
lauren.steinhaeuser@faegredrinker.com
90 S. Seventh St., Suite 2200
Minneapolis, MN 55402
(612) 766-7000 (telephone)

Bethany N. Mihalik (admitted in E.D. Texas)
bethany.mihalik@faegredrinker.com
1500 K Street NW, Suite 1100
Washington, DC 20005
Tel: 202-312-7440

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*


 /s/ Steven A. Caloiaro (with permission)

**DICKINSON WRIGHT PLLC**
John S. Artz
jsartz@dickinsonwright.com
350 S. Main St., Suite 300
Ann Arbor, MI 48104
(734) 623-7075

Steven A. Caloiaro
scaloiaro@dickinsonwright.com

- 3 -

100 W. Liberty St., Suite 940
Reno, NV  8951
(775) 343-7500

Peter E. Doyle
pdoyle@dickinsonwright.com
2600 W. Big Beaver Rd., Suite 300
Troy, MI 48084-3312
(248) 205-5978

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors and Target Corporation*


 /s/ Robert T. Cruzen (with permission)

Robert T. Cruzen
**KLARQUIST SPARKMAN LLP**
One World Trade Center
121 SW Salmon St., Suite 1600
Portland, OR 97204
*Counsel for Defendants Amazon.com, Inc. and Amazon.com LLC*

 */s/ John W. Harbin (with permission)*
John W. Harbin
Gregory J. Carlin
Walter Hill Levie III
**MEUNIER CARLIN & CURFMAN LLC**
999 Peachtree St. NE, Suite 1300
Atlanta, GA  30309

*Counsel for Defendants Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Target Corporation; and Amazon.com, Inc. and Amazon.com, LLC*

Michael C. Smith
State Bar No. 18650410
Siebman, Forrest, Burg & Smith, LLP
113 E. Austin St.
Marshall, TX  75671
Office: 903-938-8900
michael.smith@siebman.com

- 5 -

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com, Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; and Target Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on counsel of record, all of whom have consented to electronic service, on this 22nd day of June, 2021.

 /s/ Reid E. Dodge