IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:19-cv-00092-JRG-RSP |
| § | LEAD CASE |
| ACADEMY, LTD d/b/a ACADEMY SPORTS § | |
| + OUTDOORS, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Joint Motion to Stay Pending Remanded IPR filed by Plaintiff Team Worldwide Corporation ("TWW") and Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com, Inc.; Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc.; Home Depot Product Authority, LLC; Macy's Retail Holdings, Inc.; Macy's.com, LLC; Target Corporation; Sears, Roebuck and Co.; Sears Holdings Corporation; Transform SR LLC; and Transform KM LLC (collectively, "Defendants"). **Dkt. No. 474**.

After consideration, the Court **GRANTS** the parties' Joint Motion to Stay. It is therefore **ORDERED** that this matter is stayed pending the outcome of the remand to the Patent Trial and Appeal Board in Intex Recreation Corp. et al. v. Team Worldwide Corp., Case No. IPR2018-00859 (the "Remanded IPR"). It is further **ORDERED** that no later than 10 days following the Board's Written Decision in the Remanded IPR, the parties must meet and confer and provide a joint status report to the Court, including the position of the parties as to whether the stay shall be lifted or continued.

**SIGNED this 23rd day of June, 2021.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE