# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TEAM WORLDWIDE CORPORATION, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00092-JRG |
| ACADEMY, LTD D/B/A ACADEMY SPORTS + OUTDOORS, | § § § § | (LEAD CASE) |
| *Defendants*. | § § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00093-JRG (MEMBER CASE) |
| ACE HARDWARE CORPORATION, | § § § | |
| *Defendant*. | § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00094-JRG (MEMBER CASE) |
| AMAZON.COM, INC., AMAZON.COM LLC, | § § § § | |
| *Defendants*. | § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00095-JRG (MEMBER CASE) |
| BED BATH & BEYOND INC., | § § § | |
| *Defendant*. | § | |
| v. | § § | CIVIL ACTION NO. 2:19-CV-00096-JRG (MEMBER CASE) |
| COSTCO WHOLESALE CORPORATION, | § § § § | |
| *Defendants*. | § § § | |

| | | |
|---|---|---|
| v.<br><br>DICK'S SPORTING GOODS, INC.,<br><br>*Defendant*. | § § § § § § | CIVIL ACTION NO. 2:19-CV-00097-JRG<br>(MEMBER CASE) |
| v.<br><br>HOME DEPOT PRODUCT AUTHORITY, LLC, HOME DEPOT U.S.A., INC.,<br><br>*Defendants*. | § § § § § § | CIVIL ACTION NO. 2:19-CV-00098-JRG<br>(MEMBER CASE) |
| v.<br><br>MACYS.COM, LLC, MACY'S RETAIL HOLDINGS, INC.<br><br>*Defendants*. | § § § § § § | CIVIL ACTION NO. 2:19-CV-00099-JRG<br>(MEMBER CASE) |
| v.<br><br>TARGET CORPORATION,<br><br>*Defendant*. | § § § § § | CIVIL ACTION NO. 2:19-CV-00100-JRG<br>(MEMBER CASE) |
| v.<br><br>SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, MACY'S RETAIL HOLDINGS, INC., TRANSFORM SR LLC, TRANSFORM KM LLC,<br><br>*Defendants*. | § § § § § § § § | CIVIL ACTION NO. 2:20-CV-00006-JRG<br>(MEMBER CASE) |

## **ORDER**

The Court issues this Order *sua sponte*. The above-captioned consolidated cases are hereby **REASSIGNED** to the Hon. Robert W. Schroeder III.

**So ORDERED and SIGNED this 22nd day of October, 2021.**

                                                RODNEY GILSTRAP  
                                                UNITED STATES DISTRICT JUDGE