# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION,<br><br>**Plaintiff,**<br><br>v.<br><br>ACADEMY, LTD d/b/a ACADEMY SPORTS + OUTDOORS,<br><br>**Defendant**. | Case No. 2:19-cv-00092-JRG-RSP<br><br>LEAD CASE |
| ACE HARDWARE CORPORATION, | Case No. 2:19-cv-00093-JRG-RSP |
| AMAZON.COM, INC., AMAZON.COM LLC, | Case No. 2:19-cv-00094-JRG-RSP |
| BED BATH & BEYOND INC., | Case No. 2:19-cv-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | Case No. 2:19-cv-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | Case No. 2:19-cv-00097-JRG-RSP |
| HOME DEPOT PRODUCT AUTHORITY, LLC, HOME DEPOT U.S.A., INC., | Case No. 2:19-cv-00098-JRG-RSP |
| MACY'S RETAIL HOLDINGS, INC., MACY'S.COM, LLC, | Case No. 2:19-cv-00099-JRG-RSP |
| TARGET CORPORATION, | Case No. 2:19-cv-00100-JRG-RSP |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, TRANSFORM SR LLC, AND TRANSFORM KM LLC,<br><br>**Defendants.** | Case No. 2:20-cv-00006-JRG-RSP<br><br>CONSOLIDATED CASES |

## JOINT STATUS REPORT

Pursuant to the Court's Order staying this case (Dkt. No. 476), Plaintiff Team Worldwide Corporation ("TWW") and Defendants[1] submit this joint status report regarding the Final Written Decision on Remand issued in IPR2018-00859, and whether the stay of these cases should be continued.

On April 15, 2022, the Patent Trial and Appeal Board issued its Final Written Decision on Remand in IPR2018-00859.  The PTAB held that all challenged claims of U.S. Patent No. 9,211,018 are unpatentable.  TWW intends to appeal the PTAB's decision on this IPR to the U.S. Court of Appeals for the Federal Circuit.

The parties met and conferred on April 20, 2022.  TWW informed Defendants that it intends to appeal the PTAB's decision and that TWW's position is the current stay of the litigations should be continued.  Given TWW's plans to appeal the IPR decision, Defendants concur with TWW's request to continue the stay.

Date: April 22, 2022

/s/   Korula T. Cherian
J. Michael Woods
**RuyakCherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560
michaelw@ruyakcherian.com

Korula T. Cherian
Robert Harkins
**RuyakCherian LLP**
1936 University Ave., Ste. 350
Berkeley, CA 94702

Respectfully submitted,

/s/ Bethany N. Mihalik
**Faegre Drinker Biddle & Reath LLP**
R. Trevor Carter (admitted in E.D. Texas)
trevor.carter@faegredrinker.com
Andrew M. McCoy (admitted in E.D. Texas)
andrew.mccoy@faegredrinker.com
Reid E. Dodge (admitted in E.D. Texas)
reid.dodge@faegredrinker.com
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
(317) 237-0300 (telephone)
(317) 237-1000 (facsimile)

---

[1] Defendants are Academy, Ltd. d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com, Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Home Depot Product Authority, LLC; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Target Corporation, and  Sears, Roebuck and Co., Sears Holdings Corp., Transform SR LLC and Transform KM LLC (collectively, "Defendants")

1

| | |
|---|---|
| Telephone: (510) 944-0190<br>sunnyc@ruyakcherian.com<br>bobh@ruyakcherian.com<br><br>Elizabeth L. DeRieux<br>State Bar No. 05770585<br>**Capshaw DeRieux, LLP**<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>Telephone: (903) 845-5770<br>ederieux@capshawlaw.com<br><br>*Counsel for Plaintiff Team Worldwide Corporation* | Lauren M.W. Steinhaeuser (admitted in E.D. Texas)<br>lauren.steinhaeuser@faegredrinker.com<br>90 S. Seventh St., Suite 2200<br>Minneapolis, MN 55402<br>(612) 766-7000 (telephone)<br><br>*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*<br><br>Charles Everingham IV<br>State Bar No. 00787447<br>**Ward Smith & Hill, PLLC**<br>P.O. Box 1231<br>Longview, TX 75606-1231<br>(903) 757-6400 (telephone)<br>(903) 757-2323 (facsimile)<br>Email: ce@wsfirm.com<br><br>*Counsel for Defendants Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*<br><br>*/s/ Steven A. Caloiaro*<br>Dickinson wright PLLC<br>John S. Artz<br>jsartz@dickinsonwright.com<br>350 S. Main St., Suite 300<br>Ann Arbor, MI 48104<br>(734) 623-7075<br>Steven A. Caloiaro<br>scaloiaro@dickinsonwright.com<br>100 W. Liberty St., Suite 940<br>Reno, NV 8951<br>(775) 343-7500 |

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors and Target Corporation*

/s/ *Robert T. Cruzen*
Robert T. Cruzen
Klarquist Sparkman LLP
One World Trade Center
121 SW Salmon St., Suite 1600
Portland, OR 97204

*Counsel for Defendants Amazon.com, Inc. and Amazon.com LLC*

/s/ *Walter Hill Levie III*
John W. Harbin
Gregory J. Carlin
Walter Hill Levie III
**Meunier Carlin & Curfman LLC**
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309

*Counsel for Defendants Bed Bath & Beyond Inc.; Costco Wholesale Corporation; and Macy's Retail Holdings, Inc. and Macy's.com, LLC*

Michael C. Smith
State Bar No. 18650410
Scheef & Stone, LLP
113 East Austin St.
Marshall, TX 75670
Office: 903-938-8900
michael.smith@solidcounsel.com

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com, Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; and Sears, Roebuck and Co., Sears Holdings Corp., Transform SR LLC and Transform KM LLC*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of April 2022 with a copy of this document via CM/ECF.

Respectfully submitted,

By: *Korula T. Cherian*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel of record for the parties met and conferred on pretrial matters on April 20, 2022.  The parties were able to reach agreement on the matters described above.

*/s/ Korula T. Cherian*