# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:19-cv-00092-RWS-RSP |
| § | (LEAD CASE) |
| ACADEMY, LTD d/b/a ACADEMY § | |
| SPORTS + OUTDOORS, § | |
| § | |
| *Defendant*. § | |

## ORDER

Before the Court is the Unopposed Motion for Withdrawal of Counsel filed by Defendants Academy Ltd. d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co. and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC (collectively, "Defendants"). **Dkt. No. 481**.

After due consideration, the Court **GRANTS** the motion. It is therefore **ORDERED** that Lauren M.W. Steinhaeuser is hereby withdrawn as counsel of record in this matter for Defendants and terminated from CM/ECF notifications for this case.

**SIGNED this 30th day of June, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE