IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ACADEMY, LTD D/B/A ACADEMY SPORTS + OUTDOORS,<br><br>Defendant. | Case No. 2:19-cv-92-JRG-RSP<br><br>LEAD CASE |
| ACE HARDWARE CORPORATION, | Case No. 2:19-cv-00093-JRG-RSP |
| AMAZON.COM, INC, AMAZON.COM LLC, | Case No. 2:19-cv-00094-JRG-RSP |
| BED BATH & BEYOND INC., | Case No. 2:19-cv-00095-JRG-RSP |
| COSTCO WHOLESALE CORPORATION, | Case No. 2:19-cv-00096-JRG-RSP |
| DICK'S SPORTING GOODS, INC., | Case No. 2:19-cv-00097-JRG-RSP |
| THE HOME DEPOT, INC., | Case No. 2:19-cv-00098-JRG-RSP |
| MACY'S, INC., MACY'S.COM, LLC, | Case No. 2:19-cv-00099-JRG-RSP |
| TARGET CORPORATION, and TARGET BRANDS, INC., | Case No. 2:19-cv-00100-JRG-RSP |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, and TRANSFORM HOLDCO LLC,<br><br>Defendants. | Case No. 2:20-cv-00006-JRG-RSP<br><br>CONSOLIDATED CASES |

**JOINT STATUS REPORT**

Plaintiff Team Worldwide Corporation ("TWW") and Defendants Academy Ltd. d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co. and Sears Holdings Corporation; Transform SR LLC and Transform KM LLC; Amazon.com, Inc. and Amazon.com LLC (collectively, "Defendants") submit this joint status report to update the court regarding proceedings related to U.S. Patent Nos. 9,211,018 (the "'018 Patent"), 7,346,950 (the "'950 Patent"), and 7,246,394 (the "'394 Patent") (collectively, the "Asserted Patents") and, more specifically, claims 1, 7, and 11–14 of the '018 Patent (the "'018 Patent Asserted Claims"), claims 1, 7, and 11–14 of the '950 Patent (the "'950 Patent Asserted Claims"), and claims 1–12 and 16–23 of the '394 Patent (the "'394 Patent Asserted Claims") (collectively, the "Asserted Claims").

The Patent Trial and Appeal Board (the "PTAB") has invalidated all of the Asserted Claims and the Federal Circuit recently affirmed these decisions. Specifically:

- On April 15, 2022, the PTAB invalidated the '018 Patent Asserted Claims (as well as unasserted claim 5 of the '018 Patent) in IPR2018-00859. The Federal Circuit affirmed that decision on October 11, 2023 in Case No. 2022-1860. *See Team Worldwide Corp. v. Intex Rec. Corp. et al.*, 2023 WL 6613791 (Fed. Cir. Oct. 11, 2023).

- On September 11, 2019, the PTAB invalidated the '950 Patent Asserted Claims in IPR2018-00875. The Federal Circuit affirmed that decision on October 23, 2023 in Case No. 2020-1147. *See Team Worldwide Corp. v. Intex Rec. Corp. et al.*, 2023 WL 6969791 (Fed. Cir. Oct. 23, 2023).

- On September 12, 2019, the PTAB invalidated the '394 Patent Asserted Claims in IPR2018-00870 and IPR2018-00871. On October 25, 2019, the PTAB invalidated the '394

Patent Asserted Claims in IPR2018-00874 on separate grounds. The Federal Circuit affirmed the PTAB's decision in IPR2018-00874 on October 23, 2023 in Lead Case No. 2020-1141. *See Intex Rec. Corp. et al. v. Team Worldwide Corp.*, 2023 WL 6969790 (Fed. Cir. Oct. 23, 2023).

On November 9, 2023, Plaintiff TWW filed a petition for panel rehearing and rehearing en banc in the U.S. Court of Appeals for the Federal Circuit for Case No. 2022-1860. This petition seeks rehearing for the decision *Team Worldwide Corp. v. Intex Rec. Corp. et al.,* 2023 WL 6613791 (Fed. Cir. Oct. 11, 2023) regarding the '018 Patent and the PTAB's Final Written Decision on Remand in IPR2018-00859. For the '394 and '950 Patents, TWW's deadline to file petitions for rehearing to the Federal Circuit for these decisions is November 22, 2023.

| | |
|---|---|
| Date: November 10, 2023 | Respectfully submitted, |
| */s/   J. Michael Woods by permission Charles Everingham IV* <br> J. Michael Woods <br> **Cherian LLP** <br> 1901 L St. NW, Suite 700 <br> Washington, DC 20036 <br> Telephone: (202) 838-1560 <br> michaelw@cherianllp.com <br><br> Korula T. Cherian <br> Robert Harkins <br> **Cherian LLP** <br> 2001 Addison St., Suite 275 <br> Berkeley, CA 94704 <br> Telephone: (510) 944-0190 <br> sunnyc@cherianllp.com <br> bobh@cherianllp.com <br><br> Elizabeth L. DeRieux | */s/ Reid E. Dodge by permission Charles Everingham IV* <br> **Faegre Drinker Biddle & Reath LLP** <br> R. Trevor Carter (admitted in E.D. Texas) <br> trevor.carter@faegredrinker.com <br> Andrew M. McCoy (admitted in E.D. Texas) <br> andrew.mccoy@faegredrinker.com <br> Reid E. Dodge (admitted in E.D. Texas) <br> reid.dodge@faegredrinker.com <br> 300 N. Meridian St., Suite 2500 <br> Indianapolis, IN 46204 <br> (317) 237-0300 (telephone) <br> (317) 237-1000 (facsimile) <br><br> *Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation;* |

| | |
|---|---|
| State Bar No. 05770585<br>**Capshaw DeRieux, LLP**<br>114 E. Commerce Ave.<br>Gladewater, TX 75647<br>Telephone: (903) 845-5770<br>ederieux@capshawlaw.com<br><br>*Counsel for Plaintiff Team Worldwide Corporation* | *Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*<br><br>Charles Everingham IV<br>State Bar No. 00787447<br>**Ward Smith & Hill, PLLC**<br>P.O. Box 1231<br>Longview, TX 75606-1231<br>(903) 757-6400 (telephone)<br>(903) 757-2323 (facsimile)<br>Email: ce@wsfirm.com<br><br>*Counsel for Defendants Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*<br><br><u>/s/ Steven A. Caloiaro by permission Charles Everingham IV            </u><br>Dickinson wright PLLC<br>John S. Artz<br>jsartz@dickinsonwright.com<br>350 S. Main St., Suite 300<br>Ann Arbor, MI 48104<br>(734) 623-7075<br>Steven A. Caloiaro<br>scaloiaro@dickinsonwright.com<br>100 W. Liberty St., Suite 940<br>Reno, NV 8951<br>(775) 343-7500<br><br>*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors and Target Corporation*<br><br><u>/s/ *Robert T. Cruzen*            </u><br>Robert T. Cruzen<br>Klarquist Sparkman LLP<br>One World Trade Center<br>121 SW Salmon St., Suite 1600<br>Portland, OR 97204 |

*Counsel for Defendants Amazon.com, Inc. and Amazon.com LLC*

*/s/ Gregory J. Carlin by permission Charles Everingham IV*
John W. Harbin
Gregory J. Carlin
Walter Hill Levie III
**Meunier Carlin & Curfman LLC**
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309
*Counsel for Defendants Bed Bath & Beyond Inc.; Costco Wholesale Corporation; and Macy's Retail Holdings, Inc. and Macy's.com, LLC*

Michael C. Smith
State Bar No. 18650410
Scheef & Stone, LLP
113 East Austin St.
Marshall, TX 75670
Office: 903-938-8900
michael.smith@solidcounsel.com

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Amazon.com, Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; and Sears, Roebuck and Co., Sears Holdings Corp., Transform SR LLC and Transform KM LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on counsel of record, all of whom have consented to electronic service, on this 10th day of November, 2023.

  */s/ Charles Everingham IV*
Charles Everingham IV