# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TEAM WORLDWIDE CORPORATION,<br><br>**Plaintiff,**<br><br>v.<br><br>ACADEMY, LTD d/b/a ACADEMY SPORTS + OUTDOORS,<br><br>**Defendant**. | Case No. 2:19-cv-00092<br><br>LEAD CASE |
| ACE HARDWARE CORPORATION, | Case No. 2:19-cv-00093 |
| AMAZON.COM, INC., AMAZON.COM LLC, | Case No. 2:19-cv-00094 |
| BED BATH & BEYOND INC., | Case No. 2:19-cv-00095 |
| COSTCO WHOLESALE CORPORATION, | Case No. 2:19-cv-00096 |
| DICK'S SPORTING GOODS, INC., | Case No. 2:19-cv-00097 |
| HOME DEPOT PRODUCT AUTHORITY, LLC, HOME DEPOT U.S.A., INC., | Case No. 2:19-cv-00098 |
| MACY'S RETAIL HOLDINGS, INC., MACY'S.COM, LLC, | Case No. 2:19-cv-00099 |
| TARGET CORPORATION, | Case No. 2:19-cv-00100 |
| SEARS, ROEBUCK AND CO., SEARS HOLDINGS CORPORATION, TRANSFORM SR LLC, AND TRANSFORM KM LLC,<br><br>**Defendants.** | Case No. 2:20-cv-00006<br><br>CONSOLIDATED CASES |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Team Worldwide Corporation and Defendant Academy, Ltd. d/b/a Academy Sports + Outdoors stipulate, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), to the dismissal of this action, including all claims and counterclaims filed herein, WITH PREJUDICE, with each party to bear their own legal fees and expenses in this case.

So STIPULATED AND AGREED.

Plaintiff Team Worldwide Corporation and Defendant Ace Hardware Corporation stipulate, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), to the dismissal of this action, including all claims and counterclaims filed herein, WITH PREJUDICE, with each party to bear their own legal fees and expenses in this case.

So STIPULATED AND AGREED.

Plaintiff Team Worldwide Corporation and Defendants Amazon.com Inc. and Amazon.com LLC stipulate, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), to the dismissal of this action, including all claims and counterclaims filed herein, WITH PREJUDICE, with each party to bear their own legal fees and expenses in this case.

So STIPULATED AND AGREED.

Plaintiff Team Worldwide Corporation and Defendant Bed Bath & Beyond Inc. stipulate, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), to the dismissal of this action, including all claims and counterclaims filed herein, WITH PREJUDICE, with each party to bear their own legal fees and expenses in this case.

So STIPULATED AND AGREED.

Plaintiff Team Worldwide Corporation and Defendant Costco Wholesale Corporation stipulate, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), to the dismissal of this action, including all claims and counterclaims filed herein, WITH PREJUDICE, with each party to bear their own legal fees and expenses in this case.

So STIPULATED AND AGREED.

Plaintiff Team Worldwide Corporation and Defendant Dick's Sporting Goods, Inc. stipulate, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), to the dismissal of this action, including all claims and counterclaims filed herein, WITH PREJUDICE, with each party to bear their own legal fees and expenses in this case.

So STIPULATED AND AGREED.

Plaintiff Team Worldwide Corporation and Defendants Home Depot Product Authority, LLC and Home Depot U.S.A., Inc. stipulate, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), to the dismissal of this action, including all claims and counterclaims filed herein, WITH PREJUDICE, with each party to bear their own legal fees and expenses in this case.

So STIPULATED AND AGREED.

Plaintiff Team Worldwide Corporation and Defendants Macys.com, LLC and Macy's Retail Holdings, Inc. (n/k/a Macy's Retail Holdings, LLC) stipulate, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), to the dismissal of this action, including all claims and counterclaims filed herein, WITH PREJUDICE, with each party to bear their own legal fees and expenses in this case.

So STIPULATED AND AGREED.

Plaintiff Team Worldwide Corporation and Defendant Target Corporation stipulate, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), to the dismissal of this action, including all claims and counterclaims filed herein, WITH PREJUDICE, with each party to bear their own legal fees and expenses in this case.

So STIPULATED AND AGREED.

Plaintiff Team Worldwide Corporation and Defendants Sears Holdings Corporation, Sears, Roebuck & Co., Transform Holdco, LLC, Transform KM LLC, and Transform SR, LLC stipulate, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii), to the dismissal of this action, including all claims and counterclaims filed herein, WITH PREJUDICE, with each party to bear their own legal fees and expenses in this case.

So STIPULATED AND AGREED.

Dated: April 17, 2024

/s/ J. Michael Woods
J. Michael Woods
Ronald Wielkopolski
**Cherian LLP**
1901 L St. NW, Suite 700
Washington, DC 20036
Telephone: (202) 838-1560
michaelw@cherianllp.com
ronw@cherianllp.com

Korula T. Cherian
Robert Harkins
**Cherian LLP**
2001 Addison St., Suite 275
Berkeley, CA 94704
Telephone: (510) 944-0190
sunnyc@cherianllp.com
bobh@cherianllp.com

Elizabeth L. DeRieux
State Bar No. 05770585
**Capshaw DeRieux, LLP**
114 E. Commerce Ave.
Gladewater, TX 75647
Telephone: (903) 845-5770
ederieux@capshawlaw.com

*Counsel for Plaintiff Team Worldwide Corporation*

/s/ R. Trevor Carter
**Faegre Drinker Biddle & Reath LLP**
R. Trevor Carter (admitted in E.D. Texas)
trevor.carter@faegredrinker.com
Andrew M. McCoy (admitted in E.D. Texas)
andrew.mccoy@faegredrinker.com
Reid E. Dodge (admitted in E.D. Texas)
reid.dodge@faegredrinker.com
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
(317) 237-0300 (telephone)
(317) 237-1000 (facsimile)

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*

Charles Everingham IV
State Bar No. 00787447
**Ward Smith & Hill, PLLC**
P.O. Box 1231
Longview, TX 75606-1231
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
Email: ce@wsfirm.com

*Counsel for Defendants Ace Hardware Corporation; Dick's Sporting Goods, Inc.; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; Sears, Roebuck and Co., and Sears Holdings Corporation; and Transform SR LLC and Transform KM LLC*

/s/ Steven A. Caloiaro
Steven A. Caloiaro
Dickinson Wright PLLC
100 W. Liberty St., Suite 940
Reno, NV 8951

(775) 343-7500
scaloiaro@dickinsonwright.com

John S. Artz
350 S. Main St., Suite 300
Ann Arbor, MI 48104
(734) 623-7075
jsartz@dickinsonwright.com

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors and Target Corporation*

/s/ *Robert T. Cruzen*
Robert T. Cruzen
Klarquist Sparkman LLP
One World Trade Center
121 SW Salmon St., Suite 1600
Portland, OR 97204

*Counsel for Defendants Amazon.com, Inc. and Amazon.com LLC*

*/s/ Walter Hill Levie III*
Walter Hill Levie III
John W. Harbin
Gregory J. Carlin
**Meunier Carlin & Curfman LLC**
999 Peachtree St. NE, Suite 1300
Atlanta, GA 30309

*Counsel for Defendants Bed Bath & Beyond Inc.; Costco Wholesale Corporation; and Macy's Retail Holdings, Inc. and Macy's.com, LLC*

Michael C. Smith
State Bar No. 18650410
Scheef & Stone, LLP
113 East Austin St.
Marshall, TX 75670
Office: 903-938-8900
michael.smith@solidcounsel.com

*Counsel for Defendants Academy, Ltd d/b/a Academy Sports + Outdoors; Ace Hardware*

5

*Corporation; Amazon.com, Inc. and Amazon.com LLC; Bed Bath & Beyond Inc.; Costco Wholesale Corporation; Dick's Sporting Goods, Inc.; Macy's Retail Holdings, Inc. and Macy's.com, LLC; Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC; Target Corporation; and Sears, Roebuck and Co., Sears Holdings Corp., Transform SR LLC and Transform KM LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of April 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, which will automatically notify all registered counsel of record.

*/s/ J. Michael Woods*
